**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** GILBERTO FELIX HIDALGO<br>Debtor | CASE NO. 20-01784 MCF |
| Banco Popular of Puerto Rico<br>Movant | CHAPTER 13 |
| GILBERTO FELIX HIDALGO,<br>and Chapter 13 Trustee,<br>JOSE RAMON CARRION MORALES<br>Respondent(s) | 11 USC 362 d(1)<br><br>Relief from stay for cause |

**MOTION FOR RELIEF FROM STAY**

TO THE HONORABLE COURT:

Comes now, Banco Popular of Puerto Rico (BPPR), secured creditor, represented by the undersigned attorney who respectfully prays and states as follows:

1. Jurisdiction over subject matter is predicated on section, 1334 and 157(b) 2(G), 28 USC.

2. The cause of action is based on section 362 d(1), 11 USC.

3. In this case, an Order for Relief was entered on May 11, 2020.

4. Movant is the holder by endorsement, in due course, of a Mortgage Note, (hereinafter "the Note"), for $229,306.21, bearing interest of 4.125%, due on December, 2053. *See* Exhibit A. The Mortgage encumbers debtor's property located at Chalets de la Playa Este Apto #627 Vega Alta, Puerto Rico.

5. Debtor's account ending in 9028 accumulated 12 monthly pre-petition arrears for a total of $12,630.39 including late charges, advances and legal fees. *See* Claim 3.

6. Since the filing date, Debtor's account has accumulated 3 additional Post Petition arrears pertaining to the months of April, 2022 to June, 2022, on the amount of $3,429.29 as described in Exhibit A of this Motion, including $587.00 in attorney fees and costs; plus an additional amount of $8.00 in mailing expenses and any other arrears that continue to accrue up to the date. Included is the Verified Statement of Account in compliance with LBR 4001-1(d)(3). *See* Exhibit A.

7.  Movant argues that considering what is herein above stated, cause exists for granting relief from the stay pursuant to section 362 d(1), since debtor has failed to make post-petition payments accordingly.

8.  Said default deprives Movant to have its security interest protected as provided under the Bankruptcy Code.

9.  Included as Exhibit B, is Movant's Verified Statement regarding the information required by the Service Member Civil Relief Act of 2003 and a Department of Defense Manpower Data Center Military Status Report.

10. If the Order for Relief is Granted, Trustee shall stop disbursements to Movant under the plan.

WHEREFORE, Movant prays for an Order granting the Relief from Stay, as requested.

### NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor's(s') attorney and to JOSE RAMON CARRION MORALES, US Chapter 13 Trustee, and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF participant to debtor(s) at theirs address of record in this case.

In San Juan, Puerto Rico, on the 9th day of June, 2022.

**COLÓN SANTANA & ASOCIADOS, CSP**
Attorney for Banco Popular de Puerto Rico
315 Coll & Toste, San Juan, PR 00918
Tel: 787-763-4111/Fax: 787-766-1289

*s/ Kevin Miguel Rivera-Medina*
USDC-PR No. 223914
e-mail: kmrquiebras@gmail.com

## STATEMENT OF ACCOUNT

| | | | |
|---|---|---|---|
| **DEBTOR:** | GILBERTO FELIX HIDALGO | **BPPR NUM:** | **XXXXXX9028** |
| **BANKRUPTCY NUM:** | 20-01784MCF | **FILING DATE:** | 05/11/20 |

### SECURED LIEN ON REAL PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Principal Balance as of | | 06/01/19 | | | **228,362.49** |
| Accrued Interest from | | 05/01/19 | to | 05/11/20 | **7,415.39** |
| Interest: | 4.125% | Accrued num. of days: | 370 | Per Diem: | 25.808090 |

**Monthly payment to escrow**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | | |
| A&H | $0.00 | Life | $0.00 | Escrow Balance | $0.00 | | |
| **Total montly escrow** | | | $0.00 | Months in arrears | 0 | Escrow in arrears | -597.35 |
| | | | | | | Accrued Late Charge: | 400.14 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $0.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 443.80 |
| Other | $443.80 | | | | | |
| Legal Fees: | | | | | | 0.00 |
| **Total Estimate due as of** | | 05/11/20 | | | | **236,024.47** |

### AMOUNT IN ARREARS

**PRE-PETITION AMOUNT:**

| | | | | |
|---|---|---|---|---|
| 1 | payments of | $947.43 | each one | 947.43 |
| 11 | payments of | $947.02 | each one | 10,417.22 |
| | acummulated lated charges | | | 400.14 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $46.80 | Tax Certificate | $0.00 | Inspection | $0.00 | 490.60 |
| Other | $443.80 | | | | | |
| Legal Fees: | | | | | | 375.00 |
| | | | **A = TOTAL PRE-PETITION AMOUNT** | | | **12,630.39** |

**POST-PETITION AMMENDED:**

| | | | | |
|---|---|---|---|---|
| 0 | payments of | $947.43 | each one | 0.00 |
| | BPO | | | 0.00 |
| | Enmienda | | | 0.00 |
| | Post Petition Legal Fees | | | 0.00 |
| | | **B = TOTAL POST-PETITION AMOUNT** | | **0.00** |

**POST-PETITION AMOUNT:**

| | | | | |
|---|---|---|---|---|
| 3 | payments of | $947.43 | each one | 2,842.29 |
| | Late Charge | | | 0.00 |
| | Post Petition Legal Fees | | | 587.00 |
| | | **C = TOTAL POST-PETITION AMOUNT** | | **3,429.29** |
| | | TOTAL AMOUNT IN ARREARS | | **16,059.68** |

### OTHER INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Next pymt due | 04/01/22 | Interest rate | 4.125% | P & I | $792.17 | Monthly late charge $39.61 |
| Investor | BANCO POPULAR DE PUERTO RICO | Property address | CHALETS DE LA PLAYA ESTE APTO. # 627 VEGA BAJA, PR 00693 | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

*L. Zequeira*

| | |
|---|---|
| | 06/08/22 |
| **BANCO POPULAR DE PUERTO RICO** | **DATE** |

SACCTFHA **LORNA ZEQUEIRA**

----------------------------------------**ALLONGE**----------------------------------------

---The terms of this Mortgage Note and the Mortgage securing said Note have been modified and clarified pursuant to Deed Number **4** executed on this same date in San Juan, Puerto Rico, before the undersigned Notary Public, to establish the following:

---*Los términos de este Pagaré así como los de la hipoteca que lo garantiza, han quedado modificados y aclarados mediante la Escritura Pública Número 4 de la misma fecha, ante el(la) Notario Público suscribiente, en San Juan, Puerto Rico, a los únicos efectos de establecer que: ------------------------------------------------------------------------*

---(a) The principal amount of the Mortgage Note and the Mortgage is modified in the amount of **$229,306.21**. Therefore, the LENDER increases the Mortgage and the Mortgage Note in the amount of **$31,206.21**.

---(b) The annual interest rate and monthly installments of principal and interest of the note is modified as follows:

---(1) From payments **1 through 420**, commencing on the first **1st of January, 2019,** the annual interest rate will be **4.125%** and the monthly installment for principal and interest will be in the amount of **$792.17**.

---(c) The maturity date is hereby modified to read as follows: **December 1st, 2053**. On that date, a global payment ("Principal Forbearance") in the amount of **$53,388.10,** will be due and payable.

---*(a) El balance principal de la Hipoteca y del Pagaré Hipotecario se modifican para reflejar el balance actual de $229,306.21. Por lo tanto, el acreedor hipotecario amplía la hipoteca en la cantidad de $31,206.21.*

------*(b) El por ciento de interés y pago mensual por concepto de principal e intereses del pagare se modifica como sigue:*

---*(1) Durante los pagos uno 1 hasta el 420, comenzando el día 1ro. de enero de 2019, el interés será al 4.125% anual y el pago mensual de principal e interés será en la cantidad de $792.17.*

---*(c) Por la presente se modifica la fecha de vencimiento para que de ahora en adelante lea de la siguiente manera: 1ro. de diciembre de 2053. En dicha fecha vence un pago global ("Principal Forbearance") por la cantidad $53,388.10.*

In San Juan, Puerto Rico this 10th day of January, 2019.
En San Juan, Puerto Rico, a 10 de enero de 2019.


_____
GILBERTO FÉLIX HIDALGO



_____
BANCO POPULAR DE PUERTO RICO
representado por:
EDGARDO MEDINA LOPEZ

PUBLIC NOTARY/NOTARIO PÚBLICO

---En esta etapa del otorgamiento expedí Primera Copia Certificada a solicitud de BANCO POPULAR DE PUERTO RICO.----------------------

---DOY FE.------------------



NOTARIO PÚBLICO

---DEED NUMBER: FOUR (4) ------------------------------------------
---*ESCRITURA NÚMERO: CUATRO (4)*--------------------------------

----------DEED OF MODIFICATION AND AMPLIFICATION-----------
--------------OF MORTGAGE AND MORTGAGE NOTE------------------

----------*ESCRITURA DE MODIFICACIÓN Y AMPLIACION*-----------
------------------------*DE PAGARE E HIPOTECA* ------------------------

---In the city of San Juan, Puerto Rico, on January tenth (10th), Two Thousand Nineteen (2019). --------------------------------------------

---*En la ciudad de San Juan, Puerto Rico, a diez (10) de enero de dos mil diecinueve (2019).* --------------------------------------------

------------------------------BEFORE ME------------------------------

------------------OSCAR ALEJANDRO RODRIGUEZ VEGA-------------

---Attorney-at-Law and Notary Public in and for the Commonwealth of Puerto Rico, with offices in Centro de Seguros Building, Fourth Floor, Suite Four Zero Seven (407), Seven Zero One (701) Ponce de León Avenue, in Miramar, San Juan, Puerto Rico and residence in Guaynabo, Puerto Rico.----------------------------------------------

------------------------------*ANTE MÍ*------------------------------

------------------OSCAR ALEJANDRO RODRIGUEZ VEGA-------------

---*Abogado(a) y Notario Público, de y para el Estado Libre Asociado de Puerto Rico, con oficinas abiertas en el Edificio Centro de Seguros, Oficina Cuatrocientos Siete (407), Avenida Ponce de León Número Setecientos Uno (701), en Miramar, San Juan, Puerto Rico y con residencia en la ciudad Guaynabo, Puerto Rico.* ------------------

------------------------------------APPEAR----------------------------------

---**AS PARTY OF THE FIRST PART: GILBERTO FELIX HIDALGO,** identified through his passport issued by the United States of America, having the identification photograph and signature, of legal age, single, retired and resident of Vega Baja, Puerto Rico, (hereinafter referred to as to the "BORROWER" .----------------------

---**AS PARTY OF THE SECOND PART: BANCO POPULAR DE PUERTO RICO** (hereinafter referred to as the "LENDER"), a banking corporation organized and existing under the Laws of the Commonwealth of Puerto Rico, with principal offices in San Juan, Puerto Rico, herein represented by its officer **EDGARDO MEDINA LOPEZ**, of legal age, single, executive and resident of Carolina, Puerto Rico, according to Certificate of Resolution of **BANCO POPULAR DE PUERTO RICO** dated December Thirteen (13), Two Thousand Eighteen (2018), which signature was acknowledged by Notary Public Lorenzo Vélez De Jesús, Affidavit Number Fourteen One Hundred Ninety (14,190). ---------------------------------------------

---I, the Authorizing Notary Public, herein Certify and Attest that I had before me a simple copy of the Certificate of Resolution, which establishes the representative capacity of EDGARDO MEDIA LOPEZ.--------------------------------------------------------------------

------------------------------ COMPARECEN ------------------------------

---**DE LA PRIMERA PARTE**: *"El Deudor Hipotecario": Las personas mencionadas anteriormente como "AS PARTY OF THE FIRST PART":*------------------------------------------------------------

---**DE LA SEGUNDA PARTE**: *"El Acreedor Hipotecario": La institución bancaria, mencionada anteriormente, como "AS PARTY OF THE SECOND PART."*------------------------------------------------------

------------------------------I ATTEST------------------------------

---I, the Notary, do hereby certify that I personally know the natural person appearing in representation of the **SECOND PART** and since the natural persons appearing herein for the **FIRST PART** are not personally known to me, I identify them as provided in Article Seventeen c (17 c) of the Notarial Law, and through their statements I also certify as to their age, civil status, profession and residency.---

---I, the Notary, **ATTEST**, that if any of the appearing parties in this deed has been identified through an identity card, such document bears the photograph and signature of such party.------------------------

---They assure me that they have, and in my judgment they do have, the necessary legal capacity to execute this instrument and therefore they freely and voluntarily. ------------------------------------

------------------------------*DOY FE* ------------------------------

---*Y por no conocer personalmente a los aquí comparecientes DE LA PRIMERA PARTE DOY FE de identificarlos según lo autoriza el Artículo Diecisiete c (17 c), de la Ley Notarial de Puerto Rico, y de conocer personalmente al representante del compareciente DE LA SEGUNDA PARTE. Por sus dichos DOY FE de su edad, estado civil, profesión y vecindad.*------------------------------------

---*El(la) Notario Autorizante DA FE de que de haber utilizado un medio supletorio para identificar a algún compareciente, el documento o tarjeta utilizado para realizar dicha identificación, contiene el retrato y la firma del compareciente correspondiente.*-----

---*Los comparecientes me aseguran tener y a mi juicio tienen la capacidad legal necesaria para comparecer en este instrumento público, y en tal virtud, libre y voluntariamente.*------------------------

------------------------------STATE------------------------------
------------------------------EXPONEN------------------------------

---**FIRST**: BORROWER is the owner in fee simple of the following property (the "Property") described in the Spanish language as follows:------------------------------------------------------------

---***PRIMERO***: *El Deudor Hipotecario es dueño en pleno dominio de la siguiente propiedad (la "Propiedad") la cual se describe a continuación:*------------------------------------------------------------

---**URBANA**: PROPIEDAD HORIZONTAL: Apartamento número Seiscientos Veintisiete (627) del Condominio Chalets de la Playa Este, situado en el kilómetro diez punto tres (10.3) de la Carretera Estatal número Seiscientos Ochenta y Seis (686), Barrio Puerto



2

Nuevo del Municipio de Vega Baja, Puerto Rico. Este apartamento está construido en hormigón reforzado. Tiene tres (3) niveles con su puerta de entrada por el lindero Oeste, y por ella se accesa al área común general del Condominio. Este apartamento tiene un área total de **MIL SEISCIENTOS CINCO PUNTO CERO UNO (1,605.01) PIES CUADRADOS**, equivalentes a **CIENTO CUARENTA Y NUEVE PUNTO DIECISÉIS (149.16) METROS CUADRADOS**. Linderos: en el Primer nivel del apartamento (tercer piso del Edificio) por el **NORTE**, en una distancia de treinta y dos pies con diez pulgadas (32'10"), equivalentes a diez punto cero uno (10.01) metros lineales, con el Apartamento número seiscientos veinticinco (625); por el **SUR**, en una distancia de treinta y dos pies con diez pulgadas (32'10"), equivalentes a diez punto cero uno (10.01) metros lineales, con área común general del Condominio; por el **ESTE**, en una distancia de diecinueve pies con diez pulgadas (19'10"), equivalentes a seis punto cero cinco (6.05) metros lineales, con área común general del Condominio; y por el **OESTE**, en una distancia de diecisiete pies con cero pulgadas (17'0"), equivalentes a cinco punto dieciocho (5.18) metros lineales, con área común general del Condominio entre la que se encuentra el área de ubicación de la puerta de entrada al apartamento. Los linderos en el Segundo nivel del apartamento (cuarto piso del Edificio) son por el **NORTE**, en una distancia de treinta y ocho pies con dos pulgadas (38'2"), equivalentes a once punto sesenta y cuatro (11.64) metros lineales, con el Apartamento número seiscientos veinticinco (625); por el **SUR**, en una distancia de treinta y ocho pies con dos pulgadas (38'2"), equivalentes a once punto sesenta y cuatro (11.64) metros lineales, con área común general del Condominio; por el **ESTE**, en una distancia de dieciséis pies con cuatro pulgadas (16'4"), equivalentes a cuatro punto noventa y ocho (4.98) metros lineales, con área común general del Condominio; y por el **OESTE**, en una distancia de veinte pies con cero pulgadas (20'0"), equivalentes a seis punto diez (6.10) metros lineales, con el Apartamento número seiscientos veintiocho (628). Este Segundo nivel se comunica con el primero a base de una escalera interior del apartamento. Los linderos del Tercer nivel del apartamento (quinto piso del Edificio) son por el **NORTE**, en una distancia de catorce pies con cuatro pulgadas (14'4"), equivalentes a cuatro punto treinta y siete (4.37) metros lineales, con el Apartamento número seiscientos veinticinco (625); por el **SUR**, en una distancia de catorce pies con diez pulgadas (14'10"), equivalentes a cuatro punto cincuenta y dos (4.52) metros lineales con área común de uso limitado del Apartamento número seiscientos veinticinco (625) y con área común general del Condominio; por el **ESTE**, en una distancia de veinte pies con cero pulgadas (20'0"), equivalentes a seis punto diez (6.10) metros lineales, con un área común de uso limitado del Apartamento número seiscientos veinticinco (625) y con área común general del Condominio; y por el **OESTE**, en una distancia de veinte pies con cero pulgadas (20'0"), equivalentes a seis punto diez (6.10) metros lineales, con un área común de uso limitado del Apartamento número seiscientos veintisiete (627) y delimitada en su lindero por una pared. Este Tercer nivel se comunica con el segundo a base de una escalera interior del apartamento.------------------------------------------------------------

---Este apartamento consta de sala, comedor, balcón, cocina con área de lavandería, un cuarto principal con clóset, dos cuartos con clósets, dos clósets fuera de los cuartos, dos baños, dos medios baños, escalera interior, terraza techada en la azota del edificio y un

área no techada en la azotea del edificio, la cual es un elemento común de uso limitado del Apartamento número seiscientos veintisiete (627), lo cual está delimitada en su lindero por una pared. A este apartamento le corresponde el uso de un espacio de estacionamiento para dos automóviles, uno detrás del otro, identificado con el número seiscientos veintisiete (627) en el área de estacionamiento localizada al Norte del Edificio número setenta (70) del Condominio. -------------------------------------------------

---A este apartamento le corresponde una participación de cero punto tres mil seiscientos setenta por ciento (0.3670%) en los elementos comunes del Condominio. -----------------------------------

---Inscrita al folio 32 del tomo 422 de Vega Baja, finca 29,924, Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón. ------------------------------------------------------------------

---**POR SU PROCEDENCIA ESTA AFECTA A:** -----------------------

---a. Servidumbre a favor de la Autoridad de Acueductos y Alcantarillados.--------------------------------------------------------------

---b. Servidumbre a favor de la Puerto Rico Telephone Company.--

---c. Condiciones restrictivas sobre edificación de uso. ----------------

---d. Servidumbre a favor de la Autoridad de Energía Eléctrica de Puerto Rico. -------------------------------------------------------------

----**POR SI ESTA AFECTA A:** -----------------------------------------



---**HIPOTECA** en garantía de un pagaré a favor de **DORAL FINANCIAL CORPORATION haciendo negocios como H.F. MORTGAGE BANKERS**, o a su orden, por la suma principal de **CIENTO CINCUENTA Y UN MIL DOSCIENTOS DOLARES ($151,200.00)**, con intereses al seis punto noventa y cinco por ciento (6.95%) anual, vencedero el día primero (1ro.) de julio de dos mil treinta y cuatro (2034),constituida mediante la Escritura Número Cuatrocientos Diez (410), otorgada en San Juan, Puerto Rico, el día treinta (30) de junio de dos mil cuatro (2004), ante la Notario Público Irmarie Rivera Miranda, e inscrita al folio 32 del tomo 442 de Vega Baja, finca número 29,924, inscripción primera (1ra.), Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón.--------

---b. Aviso de Demanda de fecha nueve (9) de diciembre de dos mil trece (2013), expedido en el Tribunal de Primera Instancia, Sala de Bayamón, Caso Civil número **CDC2013-3327**, por concepto de Cobro de Dinero y Ejecución de Hipoteca, por la suma de **CIENTO TREINTA Y SEIS MIL CUATROCIENTOS DOLARES CON CUARENTA CENTAVOS ($136,470.40)** más intereses y otras sumas, anotado el día treinta (30) de junio de dos mil dieciséis (2016), al tomo de Vega Baja en Registro Inmobiliario Digital de Puerto Rico, finca número 29,924, Anotación A, Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón. --------------

---c. Modificada la hipoteca de la inscripción primera (1ra.), en cuanto al principal que será por **CIENTO NOVENTA Y OCHO MIL CIEN DOLARES ($198,100.00)** y con intereses comenzando desde el cinco punto veinticinco por ciento (5.25%) anual hasta el seis

4

punto noventa y cinco por ciento (6.95%) anual, vencedero el día primero (1ro.) de marzo de dos mil cincuenta y seis (2056), según la Escritura Número Cuarenta y Seis (46,) otorgada en San Juan, Puerto Rico, el día veinte (20) de febrero de dos mil seis (2016), ante la Notario Público Vianice Cruz de Choudens, e inscrita al tomo de Vega Baja en el Registro Inmobiliario Digital de Puerto Rico, finca número 29,924, inscripción tercera (3ra.), Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón. --------------

---**SECOND:** BORROWER acquired the Property, pursuant to Deed Number Four Hundred Nine (409) executed in San Juan, Puerto Rico on June Thirtieth (30th), Two Thousand Four (2004) before Notary Public Irmarie Rivera Miranda; recorded on page 32 of volume 422 of Vega Baja, property number 29,924, first inscription, Registry of the Property of Puerto Rico, Four Section of Bayamón. -

-----*SEGUNDO: El Deudor Hipotecario, adquirió la Propiedad mediante la Escritura Número Cuatrocientos Nueve (409) otorgada en San Juan, Puerto Rico, el treinta (30) de junio del dos mil cuatro (2004), ante la Notario Público Irmarie Rivera Miranda, inscrito al folio 32 del tomo 422 de Vega Baja, finca número 29,924, inscripción primera, Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón. -------------------------------------------------*

---**THIRD:** BORROWER executed, a mortgage note (the "Mortgage Note") payable to **DORAL FINANCIAL CORPORATION, haciendo negocios como H.F. MORTGAGE BANKERS,** or to its order, in the principal amount of **ONE HUNDRED FIFTY ONE THOUSAND TWO HUNDRED DOLLARS ($151,200.00)** payable on the first (1) day of July, Two Thousand Thirty Four (2034) and bearing interest at an annual rate equal to six point ninety five percent (6.95%), secured by a mortgage constituted pursuant to Deed Number Four Hundred Ten (410), executed in San Juan, Puerto Rico, on June Thirtieth (30th), Two Thousand Four (2004) before Notary Public Irmarie Rivera Miranda (the "Mortgage"), recorded on page 32 of volume 422 of Vega Baja, property number 29,924, first inscription, Registry of the Property of Puerto Rico, Four Section of Bayamón. -



---**MODIFIED** to the principal amount of **ONE HUNDRED NINETY EIGHT THOUSAND ONE HUNDRED DOLLARS ($198,100.00)** and bearing incremental interest, payable on the first (1) day of March, Two Thousand Fifty Six (2056) ("Maturity Date"), constituted pursuant to deed number Forty Six (46), executed in San Juan, Puerto Rico, on February Twentieth (20th), Two Thousand Sixteen (2016) before Notary Public Vianice Cruz de Choudens, recorded in the Digital Real Property Registry of Puerto Rico, Four Section of San Juan, property number 29,924, third inscription.--------------------

---*TERCERO: El Deudor Hipotecario suscribió un pagaré (el "Pagaré Hipotecario") a favor de **DORAL FINANCIAL CORPORATION, haciendo negocios como H.F. MORTGAGE BANKERS,** o a su orden, por la suma principal de CIENTO CINCUENTA Y UN MIL DOSCIENTOS DOLARES ($151,200.00), con intereses al seis punto noventa y cinco por ciento (6.95%) anual y vencedero el día primero (1ro) de Julio de dos mil treinta y cuatro (2034), constituida mediante la Escritura Número Cuatrocientos Diez (410), otorgada en San Juan, Puerto Rico, el día treinta (30) de junio de dos mil cuatro (2004), ante la Notario Público Irmarie Rivera Miranda, e inscrita al folio 32 del tomo 422 de Vega Baja,*



finca número 29,924, inscripción primera, Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón. --------------------------

---Modificada la hipoteca anterior, para un nuevo principal de **CIENTO NOVENTA Y OCHO MIL CIEN DOLARES ($198,100.00)**, con intereses escalonados y su vencimiento que será el primero (1ro) de marzo de dos mil cincuenta y seis (2056) (la "Fecha de Vencimiento"), según consta de la Escritura Número Cuarenta y Seis (46), otorgada en San Juan, Puerto Rico, el día veinte (20) de febrero de dos mil _dieciséis_ (2016), ante la Notario Público Vianice Cruz de Choudens, inscrita en el Registro Inmobiliario Digital de Puerto Rico, Sección Cuarta de Bayamón, finca número 29,924, inscripción tercera.----------------------------------------------------------

---**FOURTH:** That the appearing party for the Second Part is the Holder and actual bearer by endorsement of the Note guaranteed by the Mortgage hereby modified. --------------------------------------

---**CUARTO:** Que el compareciente de la Segunda Parte es el portador y actual tenedor por endoso del pagaré hipotecario objeto de ésta transacción.---------------------------------------------------------

---**FIFTH:** As an alternative to the acceleration of the mortgage note maturity date, as well as the other remedies LENDER has pursuant to the terms and conditions of the MORTGAGE NOTE and the MORTGAGE, LENDER has granted the BORROWER the opportunity to restructure the terms and conditions of the MORTGAGE NOTE and the MORTGAGE. This is, after taking into account certain eligibility criteria such as the economic condition and the repayment capacity of the BORROWER, among others. ----



---**QUINTO:** Como alternativa a la aceleración del vencimiento del PAGARE, así como los demás remedios que tiene a su haber el ACREEDOR HIPOTECARIO de conformidad con los términos y condiciones del PAGARE y de la HIPOTECA, el ACREEDOR HIPOTECARIO le ha concedido a EL DEUDOR HIPOTECARIO la oportunidad de reestructurar los términos y condiciones del PAGARE y la HIPOTECA. Ello luego de haber tomado en cuenta ciertos criterios de elegibilidad como lo son la condición económica y la capacidad de repago de EL DEUDOR HIPOTECARIO, entre otros.------------------------------------------------------------

---**SIXTH:** LENDER consents the present restructure of the mortgage loan in view of the particular economic situation of the BORROWER. For this reason, with respect to any third party, that is not a universal heir with participation in the estate of the BORROWER, that assumes the MORTGAGE NOTE and MORTGAGE obligations, the LENDER shall have the option to retroactively rescind all the terms and conditions of the present restructuring, as if it had not been performed. This may result in additional principal and interest debt, including fees, which in turn can give rise to the LENDER's use of the LENDER's remedies under the terms and conditions of the MORTGAGE NOTE and the MORTGAGE, including the acceleration of the MORTGAGE LOAN.

---**SEXTO:** El ACREEDOR HIPOTECARIO consiente a la presente reestructuración del Préstamo Hipotecario en atención a la situación económica particular de EL DEUDOR HIPOTECARIO. Por tal razón, en el caso de cualquier tercero, que no sea un



*heredero universal con una participación en el caudal relicto de EL
DEUDOR HIPOTECARIO, asuma las obligaciones del PAGARE y
la HIPOTECA, el ACREEDOR HIPOTECARIO tendrá la opción de
rescindir retroactivamente todos los términos y condiciones de la
presente reestructuración, como si esta no se hubiera realizado.
Ello podría dar lugar a que surjan deudas adicionales por concepto
de principal e interés, más recargos, lo cual podría a su vez
ocasionar que el ACREEDOR HIPOTECARIO haga uso de los
remedios que tiene bajo los términos y condiciones del PAGARE y
la HIPOTECA, incluyendo la aceleración del Préstamo
Hipotecario.--------------------------------------------------------------------*

---**SEVENTH:** The BORROWER shall be in breach of the present
restructure agreement if the BORROWER does not pay the total
amount of each monthly payment when due.   In such situation, the
LENDER, its assignees and successors under the law, may notify
the BORROWER, in the manner established in the MORTGAGE
NOTE and the MORTGAGE, that if the BORROWER does not pay
the amount due by a certain date, the LENDER may rescind the
present restructure agreement and require the BORROWER to
immediately pay the total amount of principal not paid, including all
interest, fees and other amounts owed by the BORROWER. ----------

---***SEPTIMO:*** *EL DEUDOR HIPOTECARIO incurrirá en
incumplimiento del presente acuerdo de reestructuración si no paga
la cantidad total de cada pago mensual a la fecha de su
vencimiento.   En tal caso, el ACREEDOR HIPOTECARIO, sus
cesionarios o sucesores en derecho podrán notificarle a EL
DEUDOR HIPOTECARIO, de conformidad con la forma establecida
en el PAGARE y la HIPOTECA, que si no pagan la cantidad
vencida para cierta fecha, podrán rescindir el presente acuerdo de
reestructuración y requerirle el saldo inmediato de la suma total del
principal no pagada, más todos los intereses, recargos y demás
cantidades que les adeude EL DEUDOR HIPOTECARIO. --------------*



---**EIGHTH:** The appearing parties have agreed to, and hereby
modify the Mortgage Note and the Mortgage, referred in the
**PARAGRAPH THIRD,** as follows: -----------------------------------------

---(a) The principal amount of the Mortgage Note and the Mortgage
is modified in the amount of **TWO HUNDRED TWENTY NINE
THOUSAND THREE HUNDRED SIX DOLLARS WITH TWENTY
ONE CENTS ($229,306.21).** Therefore, the LENDER increases the
Mortgage and the Mortgage Note in the amount of **THIRTY ONE
THOUSAND TWO HUNDRED SIX DOLLARS WITH TWENTY
ONE CENTS ($31,206.21).** -------------------------------------------------

---(b) The annual interest rate and monthly installments of principal
and interest of the note is modified as follows: ----------------------------

---(1) From payments **one (1) through   four hundred twenty
(420),** commencing on the **first (1st) day of January, Two
Thousand Nineteen (2019),** the annual interest rate will be **four
point one two five percent (4.125%)** and the monthly installment
for principal and interest will be in the amount of **Seven Hundred
Ninety Two Dollars with Seventeen Cents ($792.17).** ----------------

---(c) The maturity date is hereby modified to read as follows:
**December First (1st), Two Thousand Fifty Three (2053).** On that

date, a global payment ("Principal Forbearance") in the amount of **FIFTY THREE THOUSAND THREE HUNDRED EIGHTY EIGHT DOLLARS WITH TEN CENTS ($53,388.10)**, will be due and payable. -------------------------------------------------------------------

---*(d) The* amount equal to the original principal amount of the Note secured by this Mortgage, which value shall serve as lowest bid at the first auction in the event of foreclosure shall be the amount of **TWO HUNDRED TWENTY NINE THOUSAND THREE HUNDRED SIX DOLLARS WITH TWENTY ONE CENTS ($229,306.21).**----------------------------------------------------------

---*OCTAVO: Las partes comparecientes han acordado modificar y por la presente modifican el Pagaré Hipotecario y la Hipoteca, al que se ha hecho referencia en el* **PARRAFO TERCERO** *precedente, de la siguiente forma:*------------------------------------------

---*(a) El balance principal de la Hipoteca y del Pagaré Hipotecario se modifican para reflejar el balance actual de* **DOSCIENTOS VEINTINUEVE MIL TRESCIENTOS SEIS DOLARES CON VEINTIUN CENTAVOS ($229,306.21)**. *Por lo tanto, el acreedor hipotecario amplía la hipoteca en la cantidad de* **TREINTA Y UN MIL DOSCIENTOS SEIS DOLARES CON VEINTIUN CENTAVOS ($31,206.21)**. ------------------------------------------------------------

-----*(b) El por ciento de interés y pago mensual por concepto de principal e intereses del pagare se modifica como sigue:*--------------



---*(1) Durante los pagos* **uno (1) hasta el cuatrocientos veinte (420)**, *comenzando el día primero* **(1ro) de enero de dos mil diecinueve (2019)**, *el interés será al* **cuatro punto uno dos cinco por ciento (4.125%)** *anual y el pago mensual de principal e interés será en la cantidad de* **Setecientos Noventa y Dos Dólares con Diecisiete Centavos ($792.17)**. ------------------------------------------

---*(c) Por la presente se modifica la fecha de vencimiento para que de ahora en adelante lea de la siguiente manera:* **"Primero (1ro) de diciembre de dos mil cincuenta y tres (2053)**. *En dicha fecha vence un pago global ("Principal Forbearance") por la cantidad de* **CINCUENTA Y TRES MIL TRESCIENTOS OCHENTA Y OCHO DOLARES CON DIEZ CENTAVOS ($53,388.10)**.-----------------------

---*(d) El tipo mínimo para la primera subasta en caso de ejecución será la cantidad de* **DOSCIENTOS VEINTINUEVE MIL TRESCIENTOS SEIS DOLARES CON VEINTIUN CENTAVOS ($229,306.21)**.-------------------------------------------------------------

---**NINTH:** Borrower and the Lender agrees that if the Borrower sells or transfers any legal or beneficial interest in the Property (or if Borrower is not a natural person and a beneficial interest of Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Mortgage. --------------------------------------------------

--- If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than thirty (30) days from the date the notice is given within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this



8

period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower. ------------

----All notices given by Borrower to the Lender with respect to the Mortgage shall be in writing. Any notice given to the Borrower with respect to the Mortgage shall be considered made to the Borrower when it is mailed by first class or when it is, in fact, delivered to the address provided by the Borrower if sent by in any other way. Notice to any Borrower shall constitute notice to all Borrowers, except otherwise provided by applicable law. The address for notifying Borrower shall be the Property address, unless the Borrower has designated another address for notifications and notify the same to the Lender. If the Lender specifies a procedure for informing the Borrower's change of address, the Borrower shall inform a change of address only by means of the procedure specified by the Lender. At all times, there shall be only one designated address for notices under the Mortgage. Any notice to the Lender shall be given by delivering or sending it by first class mail to the address of the Lender, unless the Lender has designated another address and notify the same to the Borrower. No notice with respect to the Mortgage shall be considered made to the Mortgage until it has been received by the Lender. If any notice required by the Mortgage is also required by applicable law, the applicable law requirement shall satisfy the corresponding requirement under the Mortgage. --------------------------------------------

----**NOVENO:** *El Deudor y el Acreedor acuerdan y convienen que si el Deudor vende o traspasa toda o cualquier parte de la propiedad inmueble afecta a la Hipoteca, o cualquier interés en dicha propiedad (o en caso que el Deudor no sea una persona natural se vende o traspasa un interés propietario en el Deudor) sin el previo consentimiento del Acreedor, el Acreedor podrá hasta el máximo permitido por ley requerir el pago completo e inmediato de todas las cantidades aseguradas por la Hipoteca.* --------------------------

----*Si el Acreedor ejerce esta opción, le dará aviso al Deudor de la aceleración del vencimiento. El aviso proveerá un período no menor de treinta (30) días a partir de su fecha, dentro del cual el Deudor vendrá obligado a pagar todas las cantidades aseguradas por la Hipoteca. Si el Deudor dejare de pagar estas cantidades antes del vencimiento de este período, el Acreedor podrá invocar cualquier remedio permitido por la Hipoteca, sin más aviso o requerimiento al Deudor.* --------------------------------------------------------------

----*Toda notificación dada por el Deudor o el Acreedor Hipotecario con relación a la Hipoteca será por escrito. Cualquier notificación hecha al Deudor con relación a la Hipoteca se estimará haber sido dada al Deudor cuando se envíe por correo de primera clase o cuando de hecho se entregue a la dirección notificada por el Deudor si se envía por cualquier otro medio. La notificación a cualquier Deudor constituirá notificación a todos los Deudores, salvo que la Ley Aplicable expresamente disponga otra cosa. La dirección para notificaciones al Deudor será la dirección de la Propiedad a menos que el Deudor haya designado una dirección de notificación sustituta mediante notificación al Acreedor Hipotecario. El Deudor notificará prontamente al Prestador su cambio de dirección. Si el Acreedor Hipotecario especifica un procedimiento para informar un cambio de dirección del Deudor, el Deudor informará el cambio de dirección únicamente mediante ese procedimiento especificado por el Acreedor Hipotecario. En todo momento podrá haber solamente*



*una dirección designada para notificaciones bajo la Hipoteca. Cualquier notificación al Prestador será dada entregándola o enviándola por correo de primera clase a la dirección del Acreedor Hipotecario salvo que el Acreedor Hipotecario haya designado otra dirección mediante notificación al Deudor. Ninguna notificación con relación a la Hipoteca se considerará hecha al Acreedor Hipotecario hasta que sea recibida por éste. Si cualquier notificación requerida en la Hipoteca es también requerida por la Ley Aplicable, el requerimiento de la Ley Aplicable satisfará el requisito correspondiente bajo la Hipoteca.* --------------------------------------------

---**TENTH:** The appearing parties agree that except as modified, the other clauses and conditions included in the MORTGAGE NOTE and in the MORTGAGE remain in full force and the present modification doesn't constitute a NOVATION of the terms and conditions of the MORTGAGE NOTE and the MORTGAGE. -----------

---***DECIMO:*** *El Deudor Hipotecario y el Acreedor Hipotecario acuerdan, además, que todas las demás condiciones y obligaciones bajo el Pagaré y la Hipoteca que no han sido enmendadas en virtud del presente Acuerdo permanecen en pleno vigor y efecto. Asimismo, El Deudor Hipotecario y el Acreedor Hipotecario acuerdan, reconocen y representan que es su única e inequívoca intención que las modificaciones realizadas en virtud de este acuerdo NO REPRESENTEN UNA NOVACIÓN de la obligación pactadas previamente.* --------------------------------------------

---**ELEVENTH:** The BORROWER declares that he has not entered into any transaction that may affect the rank of the above mentioned mortgage and if any lien or encumbrance arises that may affect the rank of the mortgage herein modified and amplified, the BORROWER shall immediately correct the situation in order to comply with this agreement and, otherwise, the LENDER may revoke this deed of modification and amplification of mortgage and Mortgage Note and may proceed to declare the mortgage immediately due and payable and claim the balance of the same. ---

---***UNDECIMO:*** *Manifiesta EL DEUDOR HIPOTECARIO que no ha efectuado ninguna transacción que pueda afectar el rango de la hipoteca antes mencionada y que de surgir alguna carga o gravamen que pueda afectar el rango de la hipoteca aquí ampliada y modificada, corregirá de inmediato la situación para que se cumpla con lo aquí pactado y de lo contrario EL ACREEDOR HIPOTECARIO, podrá dejar sin efecto esta escritura de modificación y ampliación de pagaré e hipoteca y podrá proceder a declarar vencida la hipoteca y reclamar el saldo de la misma.*-------------------------------------------------------------

---**TWELVETH:** I, the Notary Public, CERTIFY having before me the Mortgage Note, having identified the same by its text, and I, the Notary Public attached a modification annotation or ALLONGE, with my signature and seal, to the effect of the changes made by this public instrument, and I returned it to the LENDER for its custody.-----

---***DUODECIMO:*** *Yo, el (la) Notario, CERTIFICO haber tenido ante mí 'EL PAGARE', habiéndolo identificado por su texto, y de haberle adherido al mismo una nota de modificación o ("ALLONGE"), bajo mi firma y sello notarial, a los efectos de los cambios que surgen del otorgamiento de esta escritura y que luego lo devolví al Banco para su custodia.*----------------------------------------------------------



---**THIRTEENTH:** The appearing parties request the Honorable Registrar of the Property to record the **MODIFICATION AND AMPLIFICATION OF MORTGAGE AND MORTGAGE NOTE** performed by this public instrument. -------------------------------------

---**DECIMO TERCERO:** Los comparecientes solicitan al Honorable Registrador que inscriba la **MODIFICACIÓN Y AMPLIACIÓN DE PAGARE E HIPOTECA** efectuada en éste intrumento público. ------

---**FOURTEENTH:** The appearing parties, their successors and assigns, are obligated to Execute and subscribe all kinds of public and/or private documents that may be necessary and required with respect to any omission or detail that need to be clarified, corrected, amended or added in order to correctly Register in the Public Registry the acts that comprise this public instrument including any explanatory deed ("acta aclaratoria").--------------------------------------

---The parties and the Notary have before them a current title search that indicates the registry situation of the real property provided as security. Both parties state that they are aware of the contents of this title search and that they rest, in good faith, on the truthfulness of the same.----------------------------------------------------------------------

---*DECIMO CUARTO: Los comparecientes, sus sucesores, causahabientes por cualquier título, vienen obligados a otorgar y suscribir toda clase de documentos públicos y/o privados que sean necesarios y requeridos para suplir cualquier omisión o detalle que debe aclararse, corregirse, enmendarse o adicionarse para que los actos que comprenden este instrumento público sean inscritos correctamente en el Registro de la Propiedad, incluyendo cualquier Acta Aclaratoria.--------------------------------------------------------------*

---*Las partes y el(la) Notario tienen ante sí un estudio de título actualizado que señala la situación registral del inmueble, dado en garantía, manifestando ambas partes que conocen su contenido y que, de buena fe, descansan en la veracidad del mismo.--------------*

---**FIFTEENTH:** Monthly installments for principal and interest, stated above, do not include any and all tax and/or insurance payments, which may change periodically.----------------------------

---*DECIMO QUINTO: Los pagos mensuales por principal e intereses no incluyen los pagos necesarios para contribuciones y seguros, dichos pagos podrán cambiar periódicamente durante el término de la hipoteca. --------------------------------------------------------*

---**SIXTEENTH:** That the appearing party for the Second Part is the Holder and actual bearer by endorsement of the Note guaranteed by the Mortgage hereby modified.----------------------------------------

---**DECIMO SEXTO:** Que el compareciente de la Segunda Parte es el portador y actual tenedor por endoso del pagaré hipotecario objeto de ésta transacción.-------------------------------------------------

------------------------------ **ACCEPTANCE**------------------------------

---The appearing parties accept this deed in its entirety and I, the Notary Public, made to the appearing parties the necessary legal



warnings concerning the execution of the same. I, the Notary Public, advised the appearing parties as to their right to have witnesses present at this execution, which they waived. The appearing parties, having read this deed in its entirety, fully ratify and confirm the statements contained herein as the true and exact embodiment of their stipulations, terms and conditions. Whereupon the appearing parties sign this deed, before me, the Notary Public, and sign their initials on each and every page of this deed. ------------------

-------------------------------- *ACEPTACIÓN* --------------------------------

--- *Los comparecientes aceptan esta escritura en su totalidad, y yo, el Notario Público, hice a los comparecientes las advertencias legales pertinentes relativas a este otorgamiento. Yo, el Notario Público, advertí a las partes comparecientes de su derecho a tener testigos presentes en este otorgamiento, al cual derecho renunciaron. Habiendo los comparecientes leído esta escritura en su totalidad, la ratifican totalmente y confirman que las declaraciones contenidas en la misma reflejan fiel y exactamente sus estipulaciones, términos y condiciones. En virtud de lo cual, los comparecientes firman esta escritura ante mí, el Notario Público, y fijan sus iniciales en cada uno de los folios de esta escritura.* --------

---I, the Notary Public, do hereby certify and give faith as to everything stated and contained in this instrument.-----------------------

---*Yo, el (la) Notario Público, por la presente certifico y doy fe de todo lo declarado y contenido en este instrumento.*-----------------------





12


J u n e  30, 2004

**US$** 151,200.00                                          San Juan, Puerto Rico

FOR VALUE RECEIVED, the undersigned ("Borrower") promise(s) to pay--------------------------------
Por valor recibido , el (los) suscribiente(s) ("Deudor") promete(n) pagar a _____ **DORAL FINANCIAL CORPORATION** _____

doing business as    H F  M O R T G A G E  B A N K E R S    _____

or order the principal sum of $151,200.00 ONE HUNDRED FIFTY ONE THOUSAND TWO HUNDRED-------
o a su orden la suma principal de  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
------------------------------------------------------------Dollars, with interest on the unpaid
-------------------------------------------------- Dólares, con intereses sobre el balance
principal balance  from the date of this Note, until paid, at the rate of _six point ninety five-----------
insoluto de principal desde la fecha de este Pagaré hasta su pago a razón de  - - - - - - - - - - - - - - - - - - - - - - - - - -
--------------- 6.950 _ percent per annum. Principal and interest shall be payable at San Juan, Puerto Rico
--------------------------------- por ciento anual. El principal e intereses serán pagaderos en  San Juan Puerto Rico
or such other place as the Note holder may designate in writing, in consecutive monthly installments of
o en cualquier otro lugar que  el  tenedor  de este Pagaré  indique por escrito,  en plazos  mensuales y consecutivos de
---One Thousand Dollars with Eighty Seven Cents-------------------------------------------------

Dollars(US$ __$1,000.87_____ ), on the first day of each month beginning the first of _August_____
Dólares (US $ ---------------------- ), en el primer día de cada mes  comenzando el 1ro. de - - - - - - - - - - - - - - - - -
2004 until  the  entire indebtedness evidence  hereby is fully  paid,  except  that any  remaining indebtedness
------hasta  que  se  pague  totalmente    la deuda  evidenciada    por  el  presente ,  excepto   que  la deuda  restante,
if not sooner paid, shall be due and payable on the first day of __July 2034_____  ᚑ
si no antes pagada quedará vencida y pagadero en el día primero de  ----------------------------------------
If any  monthly  installment under  this Note  is  not  paid  when  due  and  remains  unpaid  after  a  date
Si cualquier  plazo mensual  bajo este Pagaré  no  es  pagado cuando  venza  y permanece  impagado luego de la fecha
specified  by  a notice to  Borrower, the entire  principal  amount outstanding and accrued  interest thereon
especificada  en  la notificación al Deudor, la suma total  de principal  pendiente de pago e  intereses acumulados  sobre  la misma
shall  at  once  become  due  and  payable  at the  option of  the  Note holder.  The date specified  shall  not  be  less
quedarán  inmediatamente  vencidos y pagaderos  a opción  del  tenedor de este Pagaré. La fecha especificada no  será anterior
than  thirty  days  from  the  date  such  notice  is  mailed.  The Note holder  may  exercise  this
a treinta días  a partir  de la fecha de envío por correo de dicha notificación. El tenedor de este  Pagaré  podrá  ejercitar esta
option  to  accelerate  during  any  default  by  Borrower  regardless of  any  prior · forbearance.
opción de  aceleración durante  cualquier incumplimiento del  Deudor, no  empece  cualquier  indulgencia de morosidad anterior.
If  suit  is  brought  to  collect  this Note,  the  Note holder  shall  be  entitled  to  collect in such .
De radicarse procedimiento judicial para el cobro de  este · Pagaré, el tenedor de este  pagaré  tendrá· derecho a cobrar en dicho
proceeding  the agreed  and liquidated amount  of  ten percent  of the original principal  amount  hereof to
procedimiento  la  suma  pactada  y  liquida  de  diez  por  ciento  de la suma  original de  principal del  presente  para
cover costs and expenses of suit, including but not limited to, attorney's fees. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
cubrir las costas y gastos de dicho procedimiento, incluyendo sin implicar limitación, honorarios de abogados. . . . . . . . . . . . . . . . . . . . . . . . .
Borrower  shall  pay  to  the  note  holder  a  late  charge  of ·  five percent (5) of .  an
El  deudor  pagará al  tenedor  de  este  Pagaré  un cargo  por  pago  atrasado  de cinco (5) por  ciento  de cualquier plazo
monthly  installment  not  received  by  the  Note holder  within  Fifteen  days  after  the  installment
mensual  que  no sea  recibido por el  tenedor  de  este  pagaré  dentro de  Quince  días  después  de ·la fecha de vencimiento  de
is  due .  Borrower  may prepay  the  principal  amount  outstanding in whole  or  in  part.  The  Note holde
dicho plazo . El  Deudor  podrá  pagar por   anticipado  la totalidad  o parte del  balance insoluto de  principal. El ·  tenedor  de  este
may  require  that  any  partial  prepayments  (i)  be  made  on  the  date monthly  installments
Pagaré  podrá  requerir  que  cualesquiera  pagos  parciales  (i)  sean  hechos  en  la  fecha  en que  venzan  plazos
are  due  and  (ii)  be  in  the  amount  of that part  of  one  or  more  monthly  installments  which  would
mensuales   y   (ii)   sean  en   la   cuantía   de   aquella   parte   de   uno   o   más   plazos   mensuales   que
be  applicable to  principal.  Any  partial  prepayment  shall  be  applied against  the  principal  amount
sería  aplicable  a  principal.    Cualquier   pago   parcial   por   anticipado   será   aplicado   contra   el
outstanding  and shall  not postpone  the  due  date  of  any  subsequent  monthly  installments  or
principal  insoluto  y  no  pospondrá  la  fecha  de  vencimiento  de cualquier   plazo  mensual  subsiguente  ni
change  the  amount  of  such  installments,  unless  the  Note holder  shall  otherwise  agree  in  writing.
cambiará  el  monto  de  dichos  plazos  a  menos   que  el  tenedor  de  este Pagaré   acuerde  lo  contrario por escrito.

PUERTO RICO  -1 TO 4 fAMILY--6/76--FNMA/FHLMC UNIFORM INSTRUMENT.



**Presentment, notice of dishonor and protest are hereby waived by all makers,**
Por la presente se renuncian los derechos de presentación, aviso de rechazo, y protesto por todos los otorgantes,
**sureties, guarantors and endorsers hereof. This Note shall be the joint and several obligation of all**
fiadores, garantizadores y endosantes del presente. Este Pagaré constituye obligación solidaria de todos sus
**makers, sureties, guarantors and endorsers , and shall be binding upon them and their heirs,**
otorgantes , fiadores , garantizadores y endosantes y les obliga así como a sus herederos,
**personal representatives, successors and assigns.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
representantes personales, y cesionarios. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**Any notice to Borrower provided for in this Note shall be given by mailing such notice by**
Cualquier notificación al Deudor dispuesta en este Pagaré deberá ser enviada por
**certified mail addressed to Borrower at the Property Address stated below, or to such other address as**
carta certificada dirigida al Deudor a la Dirección de la Propiedad que abajo se indica, o a cualquier otra dirección que
**Borrower may designate by notice to the Note holder. Any notice to the Note holder shall be**
al Deudor designe mediante notificación al tenedor de este Pagaré. Cualquier notificación al tenedor de este Pagaré deberá ser
**given by mailing such notice by certified mail, return receipt requested, to the Note holder at the address**
enviada por correo certificado, con acuse de recibo, al tenedor de este Pagaré a la dirección
**stated in the first paragraph of this Note, or at such other address as may have been designated by notice**
indicada en el primer párrafo de este Pagaré, o a cualquier otra dirección que se haya designado mediante notificación
**to Borrower.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
al Deudor. La deuda evidenciada por este Pagaré esta garantizada por una Hipoteca de fecha igual a la del presente
**The indebtedness evidenced by this Note is secured by a Mortgage, of even date herewith,**
La deuda evidenciada por este Pagaré está garantizada por una Hipoteca, de fecha igual a la del presente
**on property as indicated in Deed number** _____–410–_____ **before the subscribing Notary.** . . . . . .
sobre propiedad según indicada en la Escritura número . . . . . . . . . –410– . . . . . . . . . . . . . . . ante el Notario suscribiente. . . . . . . . . . . .

GILBERTO FELIX HIDALGO

CHALETS DE LA PLAYA ESTE
APTO. # 627
VEGA BAJA, P.R. 00693

**Affidavit Number:** _____–1,526–_____

(Execute Original Only)
(Otórguese el Original Únicamente)

**Acknowledged and subscribed before me by the above signatories, of the personal**
Reconocido y suscrito ante mi por los arriba firmantes, de las circunstancias
**circumstances contained in the Mortgage deed herein before described, whom I have identified as**
personales que se relacionan en la antes descrita escritura de hipoteca y a quienes he identificado según se
**expressed also in said deed.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
expresa en la misma escritura . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Notary Public
NOTARY PUBLIC

— CERTIFICO QUE ES COPIA FIEL
EXACTA DEL ORIGINAL

NOTARIO PUBLICO

PAY TO THE ORDER OF

Without Recourse

By: _____

Date: _____

Hóy día de su otorga-
miento expedí primera
copia certificada a -
petición de H.F.-------
MORTGAGE BANKERS.--------

DOY FE, ------------

Notario Público



---**DEED NUMBER:** FOUR HUNDRED TEN (410)--------------------
---**ESCRITURA NÚMERO:** CUATROCIENTOS DIEZ (410)------------

# _____FIRST MORTGAGE_____
## _____PRIMERA HIPOTECA_____

——In the City of San Juan------------------, Puerto Rico,——
——En la Ciudad de San Juan------------------, --- Puerto Rico.——

this Thirtieth (30th)---- day of June------------------ of
hoy día treinta (30)-----------de junio---------------- del

the year two thousand four (2004).-----------------------
año dos mil cuatro (2004).-------------------------------

———————————————BEFORE ME——————————————
————————————————ANTE MI—————————————————

___ IRMARIE RIVERA MIRANDA------------------, a Notary Public
___ IRMARIE RIVERA MIRANDA---------------------, Notario Público

in Puerto Rico, with residence in the City of Carolina-----------,
en Puerto Rico con residencia en la Ciudad de ------Carolina-----------,

Puerto Rico and offices in the City of San Juan,------------ Puerto Rico
Puerto Rico y oficinas en la Ciudad de San Juan----------------------, Puerto Rico

————————————————APPEAR——————————————
———————————————— COMPARECEN ———————————————

——The Person (s) mentioned in paragraph SEVENTH hereof (herein
——La (s) persona (s) mencionada (s) en el párrafo SEPTIMO (en adelante

"Borrower").—————————————————————————
' el Deudor").——————————————————————————

——I, the Notary, hereby certify that I know the appearing parties
——Yo, el Notario, por la presente certifico que conozco a los comparecientes

herein and through their statements as to their ages, civil status,
y por sus dichos de sus edades, estados civiles,

occupations and residences. They assure me that they have, and in my
ocupaciones y residencias. Ellos me aseguran que tienen, y a mi

judgment they do have, the necessary legal capacity to execute this
juicio tienen, la capacidad legal necesaria para otorgar esta

deed; wherefore they freely ————————————————————
escritura; por tanto libremente ———————————————————

—————————. STATE AND COVENANT: ————————————
————————— DECLARAN Y CONVIENEN: ————————————

——FIRST: That Borrower is owner of the property described in
——PRIMERO: Que el Deudor es dueño de la propiedad descrita en

paragraph FIFTH hereof (herein "Property") and has the
el párrafo QUINTO de la presente (en adelante "la Propiedad") y que tiene el

right to mortgage said Property, that the Property is unencumbered,
derecho de hipotecar dicha Propiedad, que la Propiedad se halla libre de cargas

and that Borrower will warrant and defend the title to said
y gravámenes y que el Deudor garantizará y defenderá su título a dicha

Property against all claims and demands, subject to any declarations,
Propiedad contra toda reclamación y demanda, sujeto a cualquier declaración,

easements or restrictions listed in a schedule of exceptions to coverage
servidumbre o restricción detallada en la lista de excepciones a cubierta

in any title insurance policy insuring the interest in the Property
en cualquier póliza de seguro de título que asegure el interés en la Propiedad

of the Lender mentioned in paragraph EIGHTH hereof (herein
del Prestador mencionado en el párrafo OCTAVO de la presente (en adelante

"Lender").——————————————————————————————
"el Prestador")——————————————————————————————

——SECOND: That Borrower is indebted to Lender in the
——SEGUNDO: Que el Deudor adeuda al Prestador la

principal sum of **One Hundred Fifty One Thousand Two Hundred**
suma principal de **Ciento Cincuenta y Un Mil Doscientos———**

**Dollars ($151,200.00)**——————————————————————
**Dólares ($151,200.00)**——————————————————————

with interest thereon at the rate of **Six point Ninety Five————**
con interés sobre la misma a razón del **Seis punto Noventa y Cinco——**

percent( **6.95**————%) per annum, which indebtedness is evidenced
por ciento ( **6.95**————%) anual, cuya deuda está evidenciada

by a certain note payable to Lender, or to its order, dated **June————**
por un pagaré pagadero al Prestador, o a su orden, fechado **junio————**

**Thirtieth (30th)——— of the year two thousand four (2004)**
**treinta (30)——————— del año dos mil cuatro (2004)——**

copy of which is annexed to the first certified copy,
copia del cual se une a la primera copia certificada,

(herein "Note") providing for monthly installments of
(en adelante "el Pagaré"), en el cual se dispone para el pago de plazos mensuales de

principal and interest with the balance of the indebtedness, if not
principal e intereses con el balance de la deuda; si no ha sido

sooner paid, due and payable on **first(1st) day of July of the**
antes satisfecho, vencedero y pagadero el **primero (1ero) de julio del—**

**year two thousand thirty four (2034).————————————**
**año dos mil treinta y cuatro (2034).————————————**

——THIRD: To secure to Lender or to the holder by endorsement of
——TERCERO: Para garantizar al Prestador o al tenedor por endoso del

the note (a) the repayment of the indebtedness evidenced by the Note,
Pagaré (a) el pago de la deuda evidenciada por el Pagaré,

with interest thereon, (b) the performance of the covenants and
con sus intereses, (b) el cumplimiento de los pactos y

2

agreements of Borrower herein contained, (c) an amount of ten percent
convenios del Deudor aquí contenidos, (c) una suma equivalente al diez por ciento

of the original principal amount of the Note to cover costs, expenses and
de la cuantía original del principal del Pagaré para cubrir costas, gastos y

attorney's fees in the event the holder of the Note is required to
honorarios de abogado en caso de que el tenedor del Pagaré tenga que

foreclose this Mortgage or seek judicial collection, or collection
ejecutar esta Hipoteca o recurrir a procedimiento judicial para su cobro. o su cobro

in any proceeding in bankruptcy of the Borrower, which amount shall
en cualquier procedimiento en quiebra del Deudor, cuya suma será

be considered liquid and payable by the sole act of filing the complaint,
considerada líquida y exigible por el solo acto de la radicación de la demanda

and shall be in addition to the principal amount of the Note, (d) an
y será en adición al principal del Pagaré, (d) una

amount of ten percent of the original principal amount of the Note
suma equivalente al diez por ciento de la cuantía original del principal del Pagaré

to cover any other advances which may be made under this Mortgage
para cubrir cualquier otro anticipo que pueda hacerse bajo esta Hipoteca;

and (e) an amount of ten percent of the original principal amount of the
y (e) una suma equivalente al diez por ciento de la cuantía original del principal del

Note to cover interest in addition to that secured by law. Borrower
Pagaré para cubrir intereses en adición a los garantizados por ley el Deudor

does hereby create a voluntary first mortgage on the Property. In the
por la presente constituye primera hipoteca voluntaria sobre la Propiedad. En caso

event this Mortgage is not recorded at the Registry with the agreed
de que esta Hipoteca no sea inscrita en el Registro de la Propiedad con el

rank, the same shall constitute a default hereunder entitling
range convenido, ello constituirá un incumplimiento bajo la presente facultando al

Lender to the remedies provided in paragraph 18 hereof. ————————
Prestador a los remedios dispuestos en el párrafo 18 de la presente. ————————

——FOURTH: Borrower and Lender further convenant and agree
——CUARTO: El Deudor y el Prestador pactan y convienen, además,

as follows:————————————————————————————
lo siguiente:————————————————————————————

——1. **Payment of Principal and Interest.** Borrower shall promptly pay
——1. **Pago de Principal e Intereses.** El Deudor pagará puntualmente

when due the principal of and interest on the indebtedness evidenced
cuando venzan, el principal e intereses de la deuda evidenciada

by the Note, prepayment and late charges as provided in the
por el Pagaré, y los cargos por pago anticipado y retardado según dispuesto en el

Note. ————————————————————————————
Pagaré. ————————————————————————————

——2. **Funds for Taxes and Insurance.** Subject to applicable law
——2. **Fondos para Contribuciones y Seguros.** Sujeto a la disposiciones de ley

or to a written waiver by Lender, Borrower shall pay to Lender
aplicables o a renuncia escrita del Prestador, el Deudor pagará al Prestador

3

on the day monthly installments of principal and interest are
en la fecha en que son pagaderos según el Pagaré los plazos de principal e intereses.

payable under the Note, until the Note is paid in full, a sum
hasta que el Pagaré sea satisfecho totalmente, una suma

(herein "Funds") equal to one-twelfth of the yearly taxes
(en adelante "los Fondos") equivalente a una duodécima parte de las contribuciones

and assessments which may attain priority over this Mortgage,
e impuestos anuales que puedan adquirir prioridad sobre esta Hipoteca,

plus one-twelfth of yearly premium installments of hazard insurance,
más una duodécima parte de la prima anual de seguro contra riesgos,

plus one-twelfth of yearly premium installments for
más una duodécima parte de la prima anual del

mortgage insurance, if any, all as reasonably estimated ini-
seguro de hipoteca, si alguno, todos según razonablemente sean estimados ini-

tially and from time to time by Lender on the basis of assess-
cialmente y de tiempo en tiempo por el Prestador en base a imposicio-

ments and bills and reasonable estimates thereof. In addition,
nes y facturas y estimados razonables de los mismos. Adicionalmente,

if this Mortgage is on a condominium, or any other type of
si esta Hipoteca es sobre un condominio o cualquier otra clase de

association wherein property is jointly owned or adminis-
régimen mediante el cual la propiedad se posee o adminis-

tered and obligations for maintenance thereon arise in the Borrower,
tra en común y surjan obligaciones para el Deudor

the Borrower, at Lender's option, shall pay to Lender
respecto a su mantenimiento, a opción del Prestador, el Deudor pagará al Prestador

at the time herein provided, one-twelfth of the
en las fechas aquí dispuestas una duodécima parte de los

annual maintenance charges, and shall immediately pay to Lender
cargos anuales de mantenimiento y pagará inmediatamente al Prestador

all special assessment made. The Funds shall be held in an
todas las derramas especiales que se impongan. Los Fondos serán depositados en una

institution the deposits or accounts of which are insured by a
institución cuyas cuentas o depósitos estén asegurados por una

Federal agency (including Lender if Lender is such an
agencia federal (incluyendo el Prestador, si el Prestador es una

institution). Lender shall apply the Funds to pay said
institución de este tipo). El Prestador aplicará los Fondos al pago de dichas

taxes, assessments, insurance premiums, maintenance fees, and
contribuciones, impuestos, primas de seguro, cargos de mantenimiento y

special assessments. Lender may not charge for so holding and
derramas especiales. El Prestador no podrá cobrar por dichos servicios de depósito y

applying the Funds, analyzing said account, or verifying and compiling
aplicación de fondos, análisis de cuenta o la verificación y compilación de

said assessments and bills unless Lender pays Borrower interest
dichos impuestos y facturas a menos que el Prestador pague al Deudor intereses



4

on the Funds and applicable law permits Lender to make such a
sobre los Fondos y la ley aplicable permita al Prestador cobrar por dichos

charge. Borrower and Lender may agree in writing at the time of
servicios. El Deudor y el Prestador podrán acordar por escrito al tiempo de

execution of this Mortgage that interest on the Funds shall be paid to
otorgamiento de esta Hipoteca el pago de intereses sobre los Fondos al

Borrower, and unless such agreement is made or applicable law
Deudor y, a menos que se haga tal acuerdo o la ley aplicable

requires such interest to be paid, Lender shall not be required to pay
requiera el pago de dichos intereses, no se requerirá que el Prestador pague

Borrower any interest or earnings on the Funds. Lender shall give to
interés alguno o ingresos al Deudor sobre los Fondos. El Prestador dará al

Borrower, without charge, an annual accounting of the Funds showing
Deudor, libre de costo, un estado de cuenta anual de los Fondos indicando

credits and debits to the Funds and the purpose for which each debit
débitos y créditos a los Fondos y el propósito para el cual fue hecho cada débito

to the Funds was made. The Funds are pledged as additional security
a los fondos. Los Fondos quedan depositados en prenda como garantía adicional

for the sums secured by this Mortgage. —————————————
de las sumas garantizadas por esta Hipoteca.———————————

——If the amount of the Funds held by Lender, together with the
——Si la suma de los Fondos en manos del Prestador, junto con los

future monthly installments of Funds payable prior to the due dates
plazos mensuales futuros de Fondos pagaderos antes de la fecha de vencimiento

of taxes, assessments, insurance premiums and maintenance charges,
de las contribuciones, impuestos, primas de seguro y cargos de mantenimiento,

shall exceed the amount required to pay said taxes, assessments,
exceden de la cantidad necesaria para pagar dichas contribuciones, impuestos,

insurance premiums and maintenance charges as they fall due, such
primas de seguro y cargos de mantenimiento según venzan, dicho

excess shall be at Borrower's option, either promptly repaid to
exceso será a opción del Deudor, reembolsado inmediatamente al

Borrower or credited to Borrower on monthly installments of Funds
Deudor o acreditado a los plazos mensuales de Fondos del Deudor.

If the amount of the Funds held by Lender shall not be sufficient to
Si la cantidad de los Fondos en manos del Prestador no fuere suficiente para

pay taxes, assesments, insurance premiums, maintenance fees and
pagar contribuciones, impuestos, primas de seguro, cargos de mantenimiento y

special assessments as they fall due, Borrower shall pay to Lender any
derramas especiales según venzan, el Deudor pagará al Prestador cualquier

amount necessary to make up the deficiency within thirty (30) days
cantidad necesaria para completar la deficiencia dentro de treinta (30) días

from the date notice is mailed by Lender to Borrower
a partir de la fecha de envío por correo de notificación por el Prestador al Deudor

requesting payment thereof. ———————————————————
requiriendo su pago. ———————————————————————

5

——Upon payment in full of all sums secured by this Mort-
——Una vez pagadas por completo todas las cantidades aseguradas por esta Hipo-

gage, Lender shall promptly refund to Borrower any Funds
teca, el Prestador reembolsará inmediatamente al Deudor cualesquiera Fondos

held by Lender. If under paragraph 18 hereof the
en manos del Prestador. Si bajo las disposiciones del párrafo 18 de la presente la

Property is sold or the Property is otherwise acquired by Lender,
Propiedad es vendida o la Propiedad es de otro modo adquirida por el Prestador.

Lender shall apply, no later than immediately prior to the sale
el Prestador aplicará, no más tarde de inmediatamente antes de la venta

of the property or its acquisition by Lender, any Funds held by
de la Propiedad o su adquisición por el Prestador, cualesquiera Fondos en manos del

Lender at the time of application as a credit against the sums secured
Prestador al momento de su aplicación como crédito contra las sumas aseguradas

by this Mortgage.————————————————————————
por esta Hipoteca————————————————————————

——3.  Application of Payments. Unless applicable law provides
——3.  Aplicación de Pagos. Excepto cuando ley aplicable disponga

otherwise, all payments received by Lender under the Note and
lo contrario, todos los pagos recibidos por el Prestador bajo el Pagaré y

paragraphs 1 and 2 hereof shall be applied by Lender first in
los párrafos 1 y 2 de la presente serán aplicados por el Prestador primero al

payment of amounts payable to Lender by Borrower under paragraph
pago de las sumas pagaderas al Prestador por el Deudor bajo el párrafo

2 hereof, then to interest payable on the Note and then to the prin-
2 de la presente, luego a interés pagadero bajo el Pagaré y luego al prin-

cipal of the Note.————————————————————————
cipal del Pagaré.————————————————————————

——4.  Charges; Liens. Borrower shall pay all taxes, assess-
——4.  Cargas; Gravámenes. El Deudor pagará todas las contribuciones, impues-

ments and other charges, fines and impositions attributable to the
tos y otros cargos, multas e imposiciones atribuibles a la

Property which may attain a priority over this Mortgage, if any,
Propiedad que puedan obtener prioridad sobre esta Hipoteca, si algunos,

in the manner provided under paragraph 2 hereof or, if not paid in
en la forma dispuesta bajo el párrafo 2 de la presente o, si no son pagados en

such manner, by Borrower making payment, when due, directly to the
dicha forma, mediante el pago por el Deudor, cuando venzan, directamente al

payee thereof. Borrower shall promptly furnish to Lender all
acreedor de los mismos. El Deudor suministrará inmediatamente al Prestador todas

notices of amounts due under this paragraph, and in the event
las notificaciones de cantidades vencidas bajo este párrafo, y en caso de que

Borrower shall make payment directly, Borrower shall promptly furnish
el Deudor pague directamente, el Deudor suministrará inmediatamente

to Lender receipts evidencing such payments. Borrower
al Prestador los recibos que evidencien dichos pagos. El Deudor



6

shall promptly discharge any lien which has priority over this
descargará inmediatamente cualquier gravámen que tenga prioridad sobre esta

Mortgage; provided, that Borrower shall not be required to discharge
Hipoteca; disponiéndose, que no se requerirá que el Deudor descargue

any such lien so long as Borrower shall agree in writing to the payment
cualquiera de dichos gravámenes cuando el Deudor acuerde por escrito pagar

of the obligation secured by such lien in a manner acceptable to
la obligación garantizada por dicho gravámen en forma aceptable al

Lender, or shall in good faith contest such lien by, or defend
Prestador, o cuando impugne de buena fe dicho gravámen mediante, o defienda contra

enforcement of such lien in, legal proceedings which operate
la ejecución de dicho gravámen en, procedimientos legales que produzcan

to prevent the enforcement of the lien or forfeiture of the Property
el efecto de evitar la ejecución del gravamen o la pérdida de la Propiedad

or any part thereof.————————————————————————
o de cualquier parte de la misma.————————————————————

**——5. Hazard Insurance.** Borrower shall keep the improvements now
——5. **Seguro de Riesgos.** El Deudor mantendrá las mejoras ahora

existing or hereafter erected on the Property insured against loss
existentes o en adelante eregidas en la Propiedad aseguradas contra pérdida

by fire, hazards included within the term "extended coverage", and
por fuego, riesgos incluidos dentro de término "cubierta extensa", y

such other hazards as Lender may require, and in such amounts, and
tales otros riesgos como el Prestador pueda requerir y en las cantidades y

for such periods as Lender may require; provided, that Lender
por los términos que el Prestador pueda requerir; disponiéndose, que el Prestador

shall not require that the amount of such coverage exceed that amount
no podrá requerir que el monto de dicha cubierta exceda del monto

of coverage required to pay the sums secured by this Mortgage.————
de cubierta necesario para pagar las sumas aseguradas por esta Hipoteca.————————

——The insurance carrier providing the insurance shall be chosen by
——El asegurador que proporcione el seguro será escogido por

Borrower subject to approval by Lender; provided, that such
el Deudor sujeto a la aprobación del prestador; disponiéndose que tal

approval shall not unreasonably withheld. All premiums on
aprobación no será denegada irrazonablemente. Todas las primas de

insurance policies shall be paid in the manner provided under
pólizas de seguro serán pagadas en la forma dispuesta bajo

paragraph 2 hereof or, if not paid in such manner, by
el párrafo 2 de la presente o, si no pagados en dicha forma, mediante

Borrower making payments, when due, directly to the insurance carrier.
el pago directo por el Deudor al asegurador a su vencimiento.

——All insurance policies and renewals thereof shall be in form accept-
——Todas las pólizas de seguro y sus renovaciones serán en forma acep-

able to lender and shall include a standard mortgage clause
table al Prestador e incluirán la cláusula usual de protección al acreedor hipotecario

in favor of and in form acceptable to Lender. Lender shall have the
a favor de y en forma aceptable al Prestador. El Prestador tendrá el

right to hold the policies and renewals thereof, and Borrower
derecho de poseer las pólizas y sus renovaciones y el Deudor

shall promptly furnish to Lender all renewal notice and
suministrará al Prestador inmediatamente todas las notificaciones de renovación y

all receipts of paid premiums. In the event of loss, Borrower shall give
todos los recibos de primas pagadas. En caso de pérdida, el Deudor dará

prompt notice to the insurance carrier and Lender, and Lender may
notificación inmediata al asegurador y al Prestador, y el Prestador podrá

make proof of loss if not made promptly by Borrower.————————
hacer la prueba de pérdida si el Deudor no lo hace inmediatamente.——————————

——Unless Lender and Borrower otherwise agree in writing,
—— A menos que el Prestador y el Deudor acuerden lo contrario por escrito,

insurance proceeds shall be applied to restoration or re-
las indemnizaciones provenientes de seguros serán aplicadas a la restauración o re-

pair of the Property damaged, provided such restoration or
paración de la Propiedad afectada, bajo condición de que dicha restauración o

repair is economically feasible and the security of this Mortgage is not
reparación sea económicamente factible y la garantía de esta Hipoteca no quede

thereby impaired. If such restoration or repair is not economically
por ello menoscabada. Si tal restauración o reparación no fuere económicamente

feasible of if the security of this Mortgage would be impaired, the
factible o si la garantía de esta Hipoteca fuere menoscabada, las

insurance proceeds shall be applied to the sums secured
indemnizaciones provenientes de seguros serán aplicadas a las sumas garantizadas

by this Mortgage, with the excess, if any, paid to Borrower. If the Prop-
por esta Hipoteca, y el exceso, si alguno, pagado al Deudor. Si la Pro-

erty is abandoned by Borrower or if Borrower fails to respond to Lender
piedad es abandonada por el Deudor, o si el Deudor dejare de responder al Prestador

within thirty (30) days from the date notice is mailed
dentro de treinta (30) días a partir de la fecha de envío por correo de notificación por

by Lender to Borrower that the insurance carrier offers to settle a claim
el Prestador al Deudor de que el asegurador ofrece transigir una reclamación

for insurance benefits, Lender is authorized to collect and apply the
de beneficios de seguro, el Prestador queda autorizado a cobrar y aplicar las

insurance proceeds at Lender's option either to restoration or
indemnizaciones provenientes de seguro a opción del prestador a la restauración o

repair of the Property or to the sums secured by this Mortgage. ————
reparación de la Propiedad o a las sumas aseguradas por esta Hipoteca.—————————

——Unless Lender and Borrower otherwise agree in writing, any
—— A menos que el Prestador y Deudor acuerden lo contrario por escrito, cualquier

such application of proceeds to principal shall not extend or post-
tal aplicación de las indemnizaciones a principal no actuará para extender o pos-

pone the due date of the monthly installments referred to
poner la fecha de vencimiento de los plazos mensuales a los cuales se hace referencia



8

in paragraphs 1 and 2 hereof or change the amount of such installments.
en los párrafos 1 y 2 de la presente, o cambiar el monto de dichos plazos.

——If under paragraph 18 hereof the Property is acquired by Lender,
——Si bajo el párrafo 18 de la presente la Propiedad es adquirida por el Prestador,

all right, title and interest of Borrower in and to any insurance policies
todo derecho, título e interés del Deudor en y sobre cualesquiera pólizas de seguros

and in and to the proceeds thereof resulting from damage to the
y en y sobre los fondos provenientes de las mismas como resultado de daños a la

Property prior to the sale or acquisition shall pass to Lender to the
Propiedad anteriores a la venta o adquisición, pasarán al Prestador hasta el

extent of the sums secured by this Mortgage immediately prior to such
monto de las sumas aseguradas por esta Hipoteca inmediatamente antes de dicha

sale or acquisition.——————————————————————————
venta o adquisición.——————————————————————————

——6.  Preservation and Maintenance of Property; Condominiums;
——6.  Conservación  y  Mantenimiento  de  la  Propiedad;  Condominios;

Planned Unit Developments. Borrower shall keep the Property in good
Proyectos de Unidades Planificadas. El Deudor mantendrá la Propiedad en buen

repair and shall not commit waste or permit impairment or deterioration
estado  de  reparación  y  no  permitirá  ni  causará  deterioro  o  menoscabo

of the Property. If this Mortgage is on a unit in a condominium or a
a la Propiedad. Si esta Hipoteca es sobre una unidad en un condominio o un

planned unit development, or if Borrower is a member of any other
proyecto de unidades planificadas, o si el Deudor es un miembro de cualquier otra

type of association wherein property is jointly owned or administered
clase de régimen mediante el cual la propiedad se posee o administra en común

and obligations for maintenance thereof arise in the Borrower,
y surjan obligaciones para el Deudor respecto a su mantenimiento

Borrower shall perform all of Borrower's obligations under the declara-
el Deudor cumplirá con todas las obligaciones del Deudor bajo la declara-

tion or covenants creating or governing the condominium or
ción o convenios que establecen o gobiernan el condominio o

planned unit development, the by-laws and regulations of the condo-
proyecto de unidades planificadas, las reglas y los reglamentos del condo-

minium or planned unit development, and constituent documents, or
minio o proyecto de unidades planificadas y los documentos constituyentes, o

arising from Borrower's membership in such association.——————
que surgen de la condición de miembro del Deudor en dicha asociación.——————

——7  Protection of Lender's Security. If Borrower fails to perform
——7.  Protección de la Garantía del Prestador. Si el Deudor dejare de cumplir

the covenants and agreements contained in this Mortgage, or if
los  pactos  y  convenios  contenidos  en  esta  Hipoteca,  o  si

any action or proceeding is commenced, which materially affects
se comenzare alguna acción o procedimiento que materialmente afecte

Lender's interest in the Property, including, but not limited to,
el interés del Prestador en la Propiedad, incluyendo, sin implicar limitación,

9

eminent domain, insolvency, enforcement of regulations of the
de expropiación, insolvencia, ejecución de reglamentación de la

Planning Board of Puerto Rico or arrangements or
Junta de Planificación de Puerto Rico, o concurso de acreedores o

proceedings involving a bankrupt or decedent, then Lender
procedimientos relacionados con un quebrado o un causante, el Prestador,

at Lender's option, upon notice to Borrower, may make such
a opción del Prestador, previa notificación al Deudor, podrá hacer aquellas

appearances, disburse such sums and take such action as is necessary
comparecencias, desembolsos de dineros y tomar cualquier acción que sea necesaria

to protect Lender's interest, including, but not limited to,
para proteger el interés del Prestador incluyendo, sin implicar limitación,

disbursement of reasonable attorney's fees and entry upon the Property
desembolso de honorarios razonables de abogado y entrar a la Propiedad

to make repairs.————————————————————————————————
para efectuar reparaciones.—————————————————————————————.

————If Lender required mortgage insurance as a condition of making
————Si el prestador requirió seguro hipotecario como condición para hacer

the loan secured by this Mortgage, Borrower shall pay the premiums
el préstamo garantizado por esta Hipoteca, el Deudor pagará las primas

required to maintain such insurance in effect until such time
requeridas para mantener en vigor dicho seguro hasta que expire el término durante

as the requirement for such insurance terminates in accordance with
el cual debe mantenerse en vigor dicho seguro de acuerdo con

Borrower's and Lender's written agreement or applicable law. Borrower
el convenio escrito entre el Prestador y Deudor o la ley aplicable. El Deudor

shall pay the amount of all mortgage insurance premiums in the
pagará el monto de todas las primas del seguro hipotecario según

manner provided under paragraph 2 hereof.——————————————————
dispuesto en el párrafo 2 de la presente.—————————————————————

————Any amounts disbursed by Lender pursuant to this
————Cualesquiera sumas desembolsadas por el Prestador bajo las disposiciones de este

paragraph 7, with interest thereon, shall become additional indebtedness
párrafo 7, con intereses sobre las mismas, serán deuda adicional

of Borrower secured by this Mortgage. Unless Borrower and Lender
del Deudor garantizada por esta Hipoteca. A menos que Deudor y Prestador

agree to other terms of payment, such amounts shall be payable
convengan otros términos de pago, dichas sumas serán pagaderas

upon notice from Lender to Borrower requesting payment thereof,
inmediatamente que el Prestador notifique al Deudor requiriendo pago de las mismas,

and shall bear interest from the date of disbursement at the rate
y devengarán intereses a partir de la fecha de desembolso al tipo

payable from time to time on outstanding principal under the Note
pagadero de tiempo en tiempo sobre el principal adeudado bajo el Pagaré,

unless payment of interest at such rate would be contrary to
excepto cuando el pago de dicho interés a razón de dicho tipo resulte contrario a



10

applicable law, in which event such amounts shall bear interest at
ley aplicable, en cuyo caso dichas sumas devengarán intereses al

the highest rate permissible under applicable law. Nothing contained in
tipo más alto permisible bajo la ley aplicable. Nada de lo expresado en

this paragraph 7 shall require Lender to incur any expense or take
este párrafo 7 requerirá del Prestador que incurra en ningún gasto o tome

any action hereunder.————————————————————————
acción alguna bajo el mismo————————————————————————

——8. **Inspection.** Lender may make or cause to be made
—— 8. **Inspección.** El Prestador podrá hacer o causar que se hagan

reasonable entries upon and inspections of the Property, provided that
entradas razonables a, e inspecciones de, la Propiedad, disponiéndose que

Lender shall give Borrower notice prior to any such inspection speci-
el Prestador dará notificación previa al Deudor de tales inspecciones especi-

fying reasonable cause therefor related to Lender's interest in
ficando causa razonable para las mismas relacionadas con el interés del Prestador en

the Property.————————————————————————
la Propiedad.————————————————————————

——9. **Condemnation.** The proceeds of any award or claim
—— 9. **Expropiación.** Los fondos provenientes de cualquier laudo o reclamación

for damages, direct or consequential, in connection with any condemna-
por daños, directos o emergentes, en relación con cualquier expropia-

tion or other taking of the Property, or part thereof, or for conveyance
ción o enajenación, forzosa de la Propiedad, o parte de la misma, o por traspaso

in lieu of condemnation, are hereby assigned and shall be paid to
en lugar de expropiación, quedan por la presente cedidos y serán pagados al

Lender.————————————————————————
Prestador————————————————————————

——In the event of a total taking of the Property, the
—— En caso de enajenación forzosa total de la Propiedad, los

proceeds shall be applied to the sums secured by this Mortgage,
fondos provenientes serán aplicados a las sumas garantizadas por esta Hipoteca,

with the excess, if any, paid to Borrower. In the event of a
y el exceso, si alguno, pagado al Deudor. En caso de una

partial taking of the Property, unless Borrower and Lender
enajenación forzosa parcial de la Propiedad, a menos que el Deudor y el Prestador

otherwise agree in writing, there shall be applied to the sums secured
acuerden por escrito lo contrario, se aplicará a las sumas garantizadas

by this Mortgage such proportion of the proceeds as is equal to that
por esta Hipoteca tal proporción de los fondos provenientes que equivalga a la

proportion which the amount of the sums secured by this Mortgage
proporción que el monto de las sumas aseguradas por esta Hipoteca

immediately prior to the date of taking bears to the fair market value
inmediatamente antes de la fecha de enajenación forzosa guarde el valor en el mercado

of the Property immediately prior to the date of taking, with the
de la Propiedad inmediatamente antes de la fecha de la enajenación forzosa, y el

balance of the proceeds paid to Borrower.————————————————
balance de dichos fondos serán pagados al Deudor ————————————————

——If the Property is abandoned by Borrower or if, after
——Si la Propiedad es abandonada por el Deudor, o si después

notice by Lender to Borrower that the condemnor offers to make
que el Prestador notifique al Deudor que el expropiante ofrece hacer

an award or settle a claim for damages, Borrower fails to respond
un laudo o transigir una reclamación por daños, el Deudor dejare de responder

to Lender within thirty (30) days of the date
al Prestador dentro del término de treinta (30) días a partir de la fecha de

such notice is mailed, Lender is authorized to collect and apply
envío por correo de dicha notificación, el Prestador queda autorizado a cobrar y aplicar

the proceeds at Lender's option either to restoration or repair of the
los fondos provenientes, a opción del Prestador, a restaurar o reparar la

Property or to the sums secured by this Mortgage.————————————
Propiedad o al pago de las sumas aseguradas por esta Hipoteca.————————————

——Unless Lender and Borrower otherwise agree in writing,
——A menos que el Prestador y el Deudor acuerden lo contrario por escrito,

any such application of proceeds to principal shall not extend or post-
dicha aplicación de fondos a principal no extenderá o pos-

pone the due date of the monthly installments referred to in
pondrá la fecha de vencimiento de los plazos mensuales a los cuales se refieren los

paragraphs 1 and 2 hereof or change the amount of such installments.
párrafos 1 y 2 de la presente, ni cambiará el monto de dichos plazos.

——**10 Borrower Not Released.** Extension of the time for payment or
——**10. Deudor no queda Relevado.** Ni la prórroga de la fecha de pago, ni

modification of amortization of the sums secured by this Mortgage
la modificación de la amortización de las sumas aseguradas por esta Hipoteca

granted by Lender to any successor in interest of Borrower shall not be
concedidas por el Prestador a cualquier sucesor en título, constituirá

a novation of this Mortgage nor operate to release, in any manner, the
una novación de esta Hipoteca ni relevará, en forma alguna,

liability of the original Borrower and Borrower's successors in interest.
al Deudor original ni a los sucesores en título del Deudor de responsabilidad.

Lender shall not be required to commence proceedings against such
No se requerirá del Prestador que comience procedimientos contra tal

successor or refuse to extend time for payment or otherwise modify
sucesor, ni que rehuse extender la fecha de pago o de otra forma modifique

amortization of the sums secured by this Mortgage by
la amortización de las sumas garantizadas por esta Hipoteca por

reason of any demand made by the original Borrower and
razón de cualquier exigencia del Deudor original y

Borrower's successors in interest.————————————————
los sucesores del Deudor————————————————

——**11. Forbearance by Lender Not a Waiver.** Any
——**11. Indulgencia de Morosidad por Prestador no Constituye Renuncia.** Cualquier





12

forbearance by Lender in exercising any
indulgencia de morosidad concedida por el Prestador en el ejercicio de cualquier

right or remedy hereunder, or otherwise afforded by applicable law,
derecho o remedio bajo la presente, o de otro, modo concedida por ley aplicable,

shall not be a waiver of or preclude the exercise of any right or remedy.
no constituirá una renuncia ni impedirá el ejercicio de cualquier derecho o remedio.

The procurement of insurance or the payment of taxes or other liens or
La obtención de seguros, o el pago de contribuciones u otra carga o

charges by Lender shall not be a waiver of Lender's right to
gravámen, por el Prestador no constituirá renuncia del derecho del Prestador a

accelerate the maturity of the indebtedness secured by this Mortgage.
acelerar el vencimiento de la deuda garantizada por esta Hipoteca.

———12. Remedies Cumulative. All remedies provided in this Mortgage
———12. Remedios Cumulativos. Todos los remedios dispuestos en esta Hipoteca

are distinct and cumulative to any other right or remedy under
son independientes de, y cumulativos a, cualquier otro derecho o remedio bajo

this Mortgage or afforded by law or equity, and may be exercised con-
esta Hipoteca u ofrecido por ley o equidad, y podrán ser ejercidos con-

currently, independently or successively.—————————————
currentemente, independientemente o sucesivamente.————————————

———13. Successors and Assigns Bound; Joint and Several Liability;
———13. Sucesores y Cesionarios Obligados; Responsabilidad Solidaria;

Captions. The covenants and agreements herein contained shall bind,
Titulos. Los pactos y convenios contenidos en la presente obligarán,

and the rights hereunder shall inure to, the respective successors
y los derechos concedidos bajo la presente beneficiarán a los sucesores

and assigns of Lender and Borrower, subject to the provisions
y cesionarios respectivos del Prestador y del Deudor, sujeto a las disposiciones

of paragraph 17 hereof. All covenants and agreements of Borrower
del párrafo 17, de la presente. Todos los convenios del Deudor

shall be joint and several. The captions and headings of the paragraphs
serán solidarios. Los titulos y epigrafes de los párrafos

of this Mortgage are for convenience only and are not to be used
de esta Hipoteca son para conveniencia únicamente y no serán usados

to interpret or define the provisions hereof.——————————————
para interpretar las disposiciones de la presente.———————————————

———14. Notice. Except for any notice required under applicable
———14. Notificación. Excepto por cualquier notificación que la ley aplicable

law to be given in another manner, (a) any notice to Borrower provided
requiera sea dada de otra manera, (a) toda notificación al Deudor dispuesta

for in this Mortgage shall be given by mailing such notice by certified
en esta Hipoteca será dada enviando dicha notificación por correo certificado

mail addressed to Borrower at the Property Address or at such other
dirigida al Deudor a la Dirección de la Propiedad o a cualquier otra

address as Borrower may designate by notice to Lender as provided
dirección que el Deudor designe por notificación al Prestador según indicado

13

herein, and (b) any notice to Lender shall be given by certified mail,
en la presente, y (b) toda notificación al Prestador  será dada por correo certificado

return receipt requested, to Lender's address stated herein or to such
con acuse de recibo a la Dirección del Prestador indicada en la presente o a cualquier

other address as Lender may designate by notice to Borrower as
otra  dirección que  el  Prestador designe  por notificación al Deudor  según

provided herein. Any notice provided for in this Mortgage
indicado en la presente. Se considerará dada cualquier notificación al Prestador

shall be deemed to have been given to Borrower or Lender when given
o         al            Deudor            si           se          da

in the manner designated herein. —————————————————————
en la manera dispuesta en la presente ————————————————————

**——15. Uniform Mortgage; Governing Law; Severability.** This form of
**——15. Hipoteca Uniforme; Ley que Rige; Separabilidad.** Esta forma de

mortgage was developed from mortgage instruments prepared for
hipoteca fue desarrollada a base de instrumentos hipotecarios preparados para

use throughout the United States of America with limited variations
uso a través de los Estados Unidos de América con cambios- limitados

by jurisdiction to constitute a uniform security instrument
por jurisdicción con el propósito de constituir un instrumento uniforme de garantía

covering real property. This Mortgage shall be governed by the law of
inmobiliaria. Esta  Hipoteca  será  regida  por  la  ley  de

the jurisdiction in which the Property is located. In the event that any
la jurisdicción en la cual este localizada la Propiedad. En caso de que cualquier

provision or clause of this Mortgage or the Note conflicts with
disposición o cláusula de esta Hipoteca o del Pagaré conflija con

applicable law, such conflict shall not affect other provisions of this
la ley aplicable, dicho conflicto no afectará otras disposiciones de esta

Mortgage or the Note which can be given effect without the
Hipoteca o del Pagaré a las cuales pueda darse efecto sin la

conflicting provision, and to this end the provisions of the Mortgage
disposición conflictiva y a tal fin, las disposiciones de esta Hipoteca

and the Note are declared to be severable. ——————————————
y del Pagaré son declaradas separables.——————————————————

**——16. Borrower's Copy.** Borrower shall be furnished a conformed copy
**——16. Copia del Deudor.** El Deudor será suplido con una copia concordante

of the Note and of this Mortgage within seven (7) days of the date of
del Pagaré y de esta Hipoteca dentro de siete (7) días a partir de la fecha del

execution hereof. ———————————————————————————
otorgamiento de la presente.——————————————————————

**——17. Transfer of the Property; Assumption.** If all or any part of the
**——17. Transferencia de Propiedad; Asunción.** Si toda o parte de la

Property or an interest therein is sold or transferred by Borrower
Propiedad. o un interés en la misma, es vendido o transferido por el Deudor

without Lender's prior written consent, excluding (a) the creation
sin el consentimiento previo por escrito del Prestador. excluyendo (a) la creación



of a lien or encumbrance subordinate to this Mortgage, (b) the crea-
de una carga o gravámen subordinada a esta Hipoteca, (b) la crea-

tion of a purchase money security interest for household appliances,
ción de una garantía del precio de compraventa de enseres del hogar,

(c) a transfer by devise or descent or (d) the grant of any
(c) una transferencia por legado o herencia, o (d) la concesión de un

leasehold interest of three years or less not containing an option
derecho de arrendamiento de tres años o menos que no contenga una opción

to purchase, Lender may, at Lender's option, declare all the sums
de compra, el Prestador podrá, a opción del Prestador, declarar todas las sumas

secured by this Mortgage to be immediately due and payable. Lender
aseguradas por esta Hipoteca inmediatamente vencidas y pagaderas. El Prestador

shall have waived such option to accelerate if, prior to the sale or
habrá renunciado tal derecho de aceleración si, antes de la venta o

transfer, Lender and the person to whom the Property is to be sold
transferencia, el Prestador y la persona a quien la Propiedad ha de ser vendida

or transferred reach agreement in writing that the credit of such
o transferida llegan a un acuerdo por escrito a efectos de que el crédito de dicha

person is satisfactory to Lender and that the interest payable on
persona es satisfactorio al Prestador y de que el interés pagadero

the sums secured by this Mortgage shall be at such rate as
sobre las sumas aseguradas por esta Hipoteca será el tipo que

Lender shall request. The waiver of the option to accelerate
requiera el Prestador. La renuncia por el prestador a la opción de aceleración

provided in this paragraph 17 by Lender shall not be interpreted as a
dispuesta en este párrafo 17 no será interpretada como un

release from Borrower's obligations under this Mortgage and the Note.
relevo de las obligaciones del Deudor bajo esta Hipoteca y el Pagaré.

If Lender exercises such option to accelerate, Lender
Si el Prestador ejerce dicha opción de aceleración, el Prestador

shall mail Borrower notice of acceleration in accordance with
enviará por correo al Deudor notificación de aceleración de acuerdo con

paragraph 14 hereof. Such notice shall provide a pe-
las disposiciones del párrafo 14 de la presente. Dicha notificación concederá un pe-

riod of not less than thirty (30) days from the date
riodo de no menos de treinta (30) días a partir de la fecha de

the notice is mailed within which Borrower may pay the sums
envío por correo de la notificación durante el cual el Deudor podrá pagar las sumas

declared due. If Borrower fails to pay such sums prior to the
declaradas vencidas. Si el Deudor dejare de pagar dichas sumas antes de la

expiration of such period, Lender may, without further notice or
expiración de dicho periodo, el Prestador podrá, sin necesidad de notificación o

demand on Borrower, invoke any remedies permitted
requerimiento adicional al Prestador, invocar cualquiera de los remedios permitidos

by paragraph 18 hereof.
por el párrafo 18 de la presente.

————**18. Acceleration; Remedies.** Except as provided in paragraph 17
———— **18. Aceleración; Remedios.** Excepto según se dispone en el párrafo 17

hereof, upon Borrower's breach of any covenant or agreement of
de la presente, al incumplir el Deudor cualquiera de los pactos o convenios del

Borrower in this Mortgage, including the covenants to pay when due any
Deudor en esta Hipoteca, incluyendo los pactos de pagar a su vencimiento las

sums secured by this Mortgage, Lender prior to acceleration
sumas garantizadas por esta Hipoteca, el Prestador, antes de acelerar su vencimiento,

shall mail notice to Borrower as provided in paragraph 14
enviará por correo notificación al Deudor, según dispuesto en el párrafo 14

hereof specifying: (1) the breach; (2) the action re-
de la presente, especificando lo siguiente: (1)    el incumplimiento; (2) la acción re-

quired to cure such breach; (3) a date, not less.
querida para subsanar dicho incumplimiento; (3) la fecha límite, que no será anterior

than thirty (30) days from the date the notice is mailed to Bor-
a treinta (30) días a partir de la fecha de envío por correo de la notificación al Deu-

rower, by which such breach must be cured; and (4)
dor, antes de la cual dicho incumplimiento deberá ser subsanado; y (4)

that failure to cure such breach on or before the date
una indicación de que dejar de subsanar dicho incumplimiento en o antes de la fecha

specified in the notice may result in acceleration
límite especificada en la notificación podrá resultar en la aceleración del vencimiento

of the sums secured by this Mortgage, foreclosure by judicial proceeding
de las sumas garantizadas por esta Hipoteca, ejecución por la vía judicial

and sale of the Property. The notice shall further inform Borrower of the
y la venta de la Propiedad. La notificación informará al Deudor, además, de su-

right to reinstate after acceleration and the right to assert
derecho a rehabilitación con posterioridad a la aceleración y de su derecho a aseverar

the non-existence of a default or any other defense of Borrower to
la inexistencia de incumplimiento o cualquier otra defensa del Deudor a la

acceleration and foreclosure in the foreclosure proceeding. If the breach
aceleración o ejecución en cualquier procedimiento de ejecución. Si el incumplimiento

is not cured on or before the date specified in the notice,
no es subsanado en o antes de la fecha límite especificada en la notificación,

Lender at Lender's option may declare all of the sums secured by
el Prestador, a opción del Prestador, podrá declarar todas las sumas garantizadas por

this Mortgage to be immediately due and payable without
esta Hipoteca inmediatamente vencidas y pagaderas sin necesidad de

further demand and may foreclose this Mortgage by judicial proceeding.
requerimiento adicional y podrá ejecutar esta Hipoteca por la vía judicial.

Lender shall be entitled to collect in such proceeding all expenses of
El Prestador tendrá derecho a cobrar en dicho procedimiento todos los gastos de

foreclosure, including, but not limited to, attorney's fees, and costs of
ejecución, incluyendo, sin implicar limitación, honorarios de abogado, y el costo de

documentary evidence, abstracts and title reports.——————————————
evidencia documentaria, resúmenes y estudios de título.——————————————

16

**——19. Borrower's Right to Reinstate.** Notwithstanding
——19. Derecho de Rehabilitación del Deudor. No empece

Lender's acceleration of the sums secured by this Mortgage,
la aceleración por el Prestador de las sumas garantizadas por esta Hipoteca,

Borrower shall have the right to have any proceedings begun by
el Deudor tendrá derecho de paralizar cualquier procedimiento comenzado por

Lender to enforce this Mortgage discontinued at any time prior to
el Prestador para ejecutar esta Hipoteca en cualquier momento antes de

entry of a judgement enforcing this Mortgage if: (a) Borrower pays
que se dicte sentencia ejecutando esta Hipoteca si: (a) el Deudor paga

Lender all sums which would be then due under this Mortgage and
al Prestador todas las sumas que estuvieren vencidas bajo esta Hipoteca y

the Note including advances, if any, had no acceleration occurred;
el Pagaré incluyendo adelantos, si algunos, de no haber ocurrido la aceleración

(b) Borrower cures all breaches of any other covenants or
(b) el Deudor subsana todos los incumplimientos de cualesquiera otros pactos o

agreements of Borrower contained in this Mortgage; (c) Borrower pays
convenios del Deudor contenidos en esta Hipoteca; (c) el Deudor paga

all reasonable expenses incurred by Lender in enforcing the covenants
todos los gastos razonables incurridos por el Prestador en la ejecución de los pactos

and agreements of Borrower contained in this Mortgage and in enforcing
y convenios del Deudor contenidos en esta Hipoteca y en la ejecución

Lender's remedies as provided in paragraph 18 hereof, including,
de los remedios del Prestador dispuestos en el párrafo 18 de la presente, incluyendo,

but not limited to, attorney's fees; and (d) Borrower takes such action
sin implicar limitación, honorarios de abogado; y (d) el Deudor toma aquella acción

as Lender may reasonably require to assure that the lien of
que el Prestador pueda razonablemente requerir para asegurar que el gravámen de

this Mortgage, Lender's interest in the Property and Borrower's obligation
esta Hipoteca, el interés del Prestador en la Propiedad y la obligación del Deudor

to pay the sums secured by this Mortgage shall continue
de pagar la sumas garantizadas por esta Hipoteca continuarán inalteradas

unimpaired. Upon such payment and cure by Borrower, this
adversamente. Al hacer el Deudor dicho pago y subsanar dicho incumplimiento, esta

Mortgage and the obligations secured hereby shall remain in full force
Hipoteca y las obligaciones garantizadas por la misma quedarán en completa fuerza

and effect as if no acceleration had occurred.——————————————
y vigor como si no hubiera ocurrido aceleración.——————————————

**——20. Assignment of Rents; Appointment of Receiver. As**
——20. Cesión de Rentas; Designación de Síndico. Como

additional security hereunder, Borrower hereby assigns to Lender
garantía adicional, el Deudor por la presente cede al Prestador

the rents of the Property, provided that Borrower shall, prior to
las rentas de la Propiedad, disponiéndose que el Deudor, antes de

acceleration under paragraph 18 hereof, or abandonment of the
aceleración de vencimiento bajo el párrafo 18 de la presente o abandono de la

17

Property, have the right to collect and retain such rents
Propiedad, tendrá el derecho de cobrar y retener dichas rentas

as they become due and payable.————————————————
según venzan y sean pagaderas.————————————————

——Upon acceleration under paragraph 18 hereof or abandonment of
——Al ocurrir una aceleración bajo el párrafo 18 de la presente o el abandono de

the Property, Lender shall be entitled to have a receiver appointed by a
la Propiedad, el Prestador tendrá derecho a que se designe por un

court to enter upon, take possession of and manage the Property and
tribunal un síndico que entre, tome posesión de y administre la Propiedad y

to collect the rents of the Property including those past due. All
que cobre las rentas de la Propiedad incluyendo las anteriormente vencidas. Todas

rents collected by the receiver shall be applied first to payment of the
las rentas cobradas por el síndico serán aplicadas primero al pago de los

costs of management of the Property and collection of rents, including,
gastos de administración de la Propiedad y del cobro de las rentas incluyendo,

but not limited to, receiver's fees, premiums on receiver's bonds
sin que implique limitación, a los honorarios del síndico, primas de la fianza del síndico

and attorney's fees, and then to the sums secured by this Mortgage.
y honorarios de abogado, y luego a las sumas garantizadas por esta Hipoteca.

The receiver shall be liable to account only for those rents
El síndico será responsable de rendir cuentas únicamente respecto a las rentas

actually received.————————————————————
realmente recibidas.————————————————————

——21. Release. Upon payment of all sums secured by this
——   Descargo. Una vez pagadas todas las sumas garantizadas por esta

Mortgage, Lender shall release and cancel this Mortgage at
Hipoteca, el Prestador descargará y cancelará esta Hipoteca por

Borrower's expense, or, at Borrower's option, endorse the Note
cuenta del Deudor o, a opción del Deudor, endosará el Pagaré

"for cancellation only" without charge to Borrower.—————————
"para cancelación únicamente" sin cargo al Deudor.—————————

——FIFTH: The Property.————————————————
——QUINTO: La Propiedad.————————————————

——The description of the mortgage Property, together with
——La descripción de la Propiedad, junto con————————————

all the structures, improvements now or hereafter
todas las estructuras, mejoras actuales o futuras

erected on the Property and all easements, rights,
en la Propiedad y todas las servidumbres, derechos,

appurtenances and rents, and all fixtures now and hereafter
pertenencias y rentas, y todos los muebles actualmente o en el

attached to the Property, all of which, including
futuro adheridos a la Propiedad, todos los cuales, incluyendo

replacements and additions thereto shall be
los que reemplacen o se le añadan en el futuro, serán



18

deemed to be and remain a part of the Property covered by this
considerada como parte de la Propiedad cubierta por esta

Mortgage, is:— — — — — — — — — — — — — — — — — — —
Hipoteca, es la siguiente:— — — — — — — — — — — — — — — —
— — — — — — — — — —APARTAMENTO NÚMERO— — — — — — — — — —
— — — — — — — — — —SEISCIENTOS VEINTISIETE (627)— — — — — — — —

---URBANA: PROPIEDAD HORIZONTAL: Apartamento número
seiscientos veintisiete (627) del Condominio CHALETS DE LA
PLAYA ESTE, situado en el Kilómetro 10.3 de la Carretera
Estatal Número 686, Barrio Puerto Nuevo del municipio de
Vega Baja. Este apartamento está construido en hormigón
reforzado. Tiene tres (3) niveles con su puerta de entrada por
el lindero Oeste, y por ella se accesa al área común general del
Condominio.— — — — — — — — — — — — — — — — — — — —

---Este apartamento tiene un área total de MIL SEISCIENTOS
CINCO PUNTO CERO UNO (1,605.01) PIES CUADRADOS,
equivalentes a CIENTO CUARENTA Y NUEVE PUNTO
DIECISÉIS (149.16) METROS CUADRADOS.— — — — — — — — —

---Linderos: En el primer nivel del apartamento (tercer piso del
edificio) por el NORTE, en una distancia de treinta y dos pies
con diez pulgadas (32'-10"), equivalentes a diez punto cero
uno (10.01) metros lineales, con el apartamento número
seiscientos veinticinco (625); por el SUR, en una distancia de
treinta y dos pies con diez pulgadas (32'-10"), equivalentes a
diez punto cero uno (10.01) metros lineales, con área común
general del Condominio; por el ESTE, en una distancia de
diecinueve pies con diez pulgadas (19'-10"), equivalentes a
seis punto cero cinco (6.05) metros lineales, con área común
general del Condominio; y, por el OESTE, en una distancia de
diecisiete pies con cero pulgadas (17'-0"), equivalentes a cinco
punto dieciocho (5.18) metros lineales, con área común
general del Condominio entre la que se encuentra el área de
ubicación de la puerta de entrada al apartamento. Los linderos
en el segundo nivel del apartamento (cuarto piso del edificio)
son por el NORTE, en una distancia de treinta y ocho pies con
dos pulgadas (38'-2"), equivalentes a once punto sesenta y
cuatro (11.64) metros lineales, con el apartamento número
seiscientos veinticinco (625); por el SUR, en una distancia de
treinta y ocho pies con dos pulgadas (38'-2"), equivalentes a
once punto sesenta y cuatro (11.64) metros lineales, con área
común general del Condominio; por el ESTE, en una distancia
de dieciséis pies con cuatro pulgadas (16'-4"), equivalentes a
cuatro punto noventa y ocho (4.98) metros lineales, con área
común general del Condominio; y, por el OESTE, en una
distancia de veinte pies con cero pulgadas (20'-0"),
equivalentes a seis punto diez (6.10) metros lineales, con el
apartamento número seiscientos veintiocho (628). Este
segundo nivel se comunica con el primero a base de una
escalera interior del apartamento. Los linderos del tercer nivel
del apartamento (quinto piso del edificio) son por el NORTE, en
una distancia de catorce pies con cuatro pulgadas (14'-4"),---

19

equivalentes a cuatro punto treinta y siete (4.37) metros lineales, con el apartamento número seiscientos veinticinco (625); por el SUR, en una distancia de catorce pies con diez pulgadas (14'-10"), equivalentes a cuatro punto cincuenta y dos (4.52) metros lineales con área común de uso limitado del apartamento número seiscientos veinticinco (625) y con área común general del Condominio; por el ESTE, en una distancia de veinte pies con cero pulgadas (20=-0"), equivalentes a seis punto diez (6.10) metros lineales, con un área común de uso limitado del apartamento número seiscientos veinticinco (625) y con área común general del Condominio; y, por el OESTE, en una distancia de veinte pies con cero pulgadas (20'-0"), equivalentes a seis punto diez (6.10) metros lineales, con un área común de uso limitado del apartamento número seiscientos veintisiete (627) y delimitada en su lindero por una pared. Este tercer nivel se comunica con el segundo a base de una escalera interior del apartamento.------------------------

---Este apartamento consta de sala, comedor, balcón, cocina con área de lavandería, un cuarto principal con closet, dos cuartos con closets, dos closets fuera de los cuartos, dos baños, dos medios baños, escalera interior, terraza techada en la azotea del edificio y un área no techada en la azotea del edificio, la cual es un elemento común de uso limitado del apartamento número seiscientos veintisiete (627), la cual está delimitada en su lindero por una pared.------------------------



---A este apartamento le corresponde el uso de un espacio de estacionamiento para dos automóviles, uno detrás del otro, identificado con el número SEISCIENTOS VEINTISIETE (627) en el área de estacionamiento localizada al Norte del edificio número setenta (70) del Condominio.------------------------

---A este apartamento le corresponde una participación de CERO PUNTO TRES MIL SEISCIENTOS SETENTA POR CIENTO (0.3670%) en los elementos comunes del Condominio.------------------------

---HUBO ADQUIRIDO EL DEUDOR HIPOTECARIO, el antes descrito inmueble, según escritura número Cuatrocientos------

Ocho (408)------------------------

ante el/la Notario Público  Irmarie Rivera Miranda------

------------------------

de fecha  treinta (30) de junio------------------------

del año dos mil cuatro (2004), presentada y pendiente de inscripción en el Registro de la Propiedad, Sección Cuarta de Bayamón.------------------------

------------------------



Pursuant    to    the    provisions    of    the    Mortgage    and
En      cumplimiento    de    las    disposiciones    de    la    Ley

Property    Registry    Act    of    Puerto Rico,    Lender    and
Hipotecaria    y    del    Registro    de    la    Propiedad    de    Puerto    Rico

Borrower    value    the    Property    at    an    amount    equal    to
el    Prestador    y    el    Deudor    tasan    la    propiedad    en

the    original    principal    amount    of    the    Note    secure    by
una    cantidad    equivalente    al    principal    original    del

this    mortgage,    which    value    shall    serve    as    lowest
Pagare    garantizado    por    esta    hipoteca,    cuyo    valor

bid    at    the    first    auction    in    the    event    of    foreclosure
sirva    como    tipo    minimo    en    la    primera    subasta    en    caso    de    ejecución.

——SEVENTH: Appearing Parties ("Borrower").——————————
—— SEPTIMO: Comparecientes ("Deudor").——————————————

——**GILBERTO FELIX HIDALGO,** Social Security Number ▇▇▇▇

▇▇▇▇ identified through driver's license, of legal age, single, property

owner and resident of San Juan, Puerto Rico, having the

identification photograph and signature.————————————

---I, the Notary, do hereby certify that I personally know the natural

person appearing herein for the Second Part and that I identified the

natural persons appearing herein for the First Part as provided in

Article Seventeen c (17 c) of the Notarial Law, and through their

statements as to their age, civil status, profession and residency.------

—Se aclara que los comparecientes de la Primera Parte han sido

identificados mediante los métodos autorizados por el artículo

Diecisiete C (17c) de la Ley Notarial por no conocerlos

personalmente.————————————————————————

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

——EIGHTH: Lender. The Lender is ————————————————
——OCTAVO: Prestador. El Prestador es ————————————————

——DORAL FINANCIAL CORPORATION doing business as H. F.

MORTGAGE BANKERS, employer identification number ███████-

████ a financial institution organized and existing under the Laws of

the Commonwealth of Puerto Rico, with offices in San Juan, Puerto

Rico, represented by its agent CARMEN JULIA MEDINA RIVERA

also known as CARMEN J. MEDINA, of legal age, single,

executive and resident of Bayamón, ————————————————

————————————————————————————

———————— Puerto Rico, who has shown me and binds herself to
———————— Puerto Rico, quien me ha acreditado y se obliga

show her capacity to execute this deed wherever and whenever
acreditar sus facultades para ejecutar este documento donde y cuando

so required.————————————————————————————
fuera menester.————————————————————————————

——NINTH: Waiver of Homestead Rights.————————————————
——NOVENO: Renuncia de Hogar Seguro.————————————————

——Borrower hereby waives, in favor of the Lender, to the
——El Deudor por la presente renuncia, a favor del Prestador, hasta el

fullest extent allowed by law, all homestead and similar rights
límite permitido por ley, todos sus derechos de hogar seguro y derechos similares

conferred upon Borrower by any law, including, without limitation,
conferidos al Deudor por cualquier ley incluyendo, sin implicar limitación,

the provisions of the Puerto Rico Right of Homestead (31 L.P.R.A.
las disposiciones sobre Derecho de Hogar Seguro de Puerto Rico (31 L.P.R.A.

§ 1851-1857).————————————————————————————
§ 1851-1857)————————————————————————————

——TENTH: Property Address. The Property Address shall be
——DECIMO: Dirección de la Propiedad. La Dirección de la Propiedad será

the address stated in the Note as the property Address.————————
la dirección indicada en el Pagaré como Dirección de la Propiedad.————————

———————————————————— ACCEPTANCE ————————————
———————————————————— ACEPTACION ————————————

——The appearing parties accept this Deed in its entirety and I, the
——Los comparecientes aceptan esta Escritura en su totalidad y yo, el

Notary, made to the appearing parties the necessary legal warnings
Notario, hice a los comparecientes las advertencias legales pertinentes

concerning the execution of the same. I, the Notary, advised the
relativas a su otorgamiento. Yo, el Notario, advertí a las

21

---Los comparecientes, sus sucesores, causahabientes por cualquier título, vienen obligados a otorgar y suscribir toda clase de documentos públicos y/o privados que sean necesarios y requeridos para suplir cualquier omisión o detalle que deba aclararse, corregirse, enmendarse o adicionarse para que los actos que comprenden este instrumento público sean inscritos correctamente en el Registro de la Propiedad, incluyendo cualquier Acta Aclaratoria.------------------------------------

---Las Partes y el/la Notario tienen ante sí un estudio de título actualizado que señala la situación registral del inmueble, dado en garantía, manifestando ambas partes que conocen su contenido y que, de buena fe, descansan en la veracidad del mismo.------------------------------



---Las partes comparecientes han dado su anuencia para que este documento sea autorizado en esta fecha y han acordado además, que las resoluciones corporativas y/o instrumentos públicos acreditando la autoridad legal de sus representantes sean presentados en el Registro de la Propiedad en fecha posterior a este otorgamiento.----------------------
---Yo, el(la) Notario Autorizante hago a las partes comparecientes las advertencias legales relacionadas a la eficacia en suspenso del presente documento público hasta la presentación en el Registro de la Propiedad de los documentos antes relacionados.-----

appearing parties as to their right to have witnesses present at this
partes comparecientes de su derecho de tener testigos presentes a este

execution, which right they waived. The appearing parties having
otorgamiento, a cuyo derecho renunciaron. Habiendo los comparecientes

read this Deed in its entirety, fully ratify and confirm the
leído esta Escritura en su totalidad, la ratifican totalmente y confirman que las

statements contained herein as the true and exact embodiment of their
declaraciones contenidas en la misma reflejan fiel y exactamente sus

stipulations, terms and conditions. Whereupon the appearing parties
estipulaciones, términos y condiciones. En cuya virtud los comparecientes

signed this Deed, before me, the Notary, and signed their initials on
firman este Escritura ante mi, el Notario, y firman sus iniciales en

each and every page of this Deed.————————————————————
todas y cada una de las páginas de esta Escritura.————————————————

————I, the Notary, do hereby certify as to every————————————————
———— Yo, el Notario, por la presente certifico de————————————————

thing stated or contained in this instrument.————————————————
todo lo declarado y contenido en este instrumento.————————————————

————I, the Notary, DO HEREBY ATTEST.————————————————————
———— Yo, el Notario, DOY FE.————————————————————————





CERTIFICO QUE ES COPIA FIEL
Y EXACTA DEL ORIGINAL
NOTARIO PUBLICO

22

---**ESCRITURA NÚMERO:** CUATROCIENTOS OCHO (408)---------

-------------INDIVIDUALIZACIÓN Y COMPRAVENTA----------------

---En San Juan, Puerto Rico, hoy a los treinta (30)------ días

del mes de junio---------- de dos mil cuatro (2004).--------------

---------------------------ANTE MI----------------------------------

--- IRMARIE RIVERA MIRANDA------------------------------------------

---Abogado(a) y Notario Público, de y para el Estado Libre Asociado

de Puerto Rico, con oficinas abiertas en el Edificio Centro de

Seguros, Oficina Cuatrocientos Siete (407), Cuarto (4to.) Piso,

Avenida Ponce de León Número Setecientos Uno (701), San Juan,

Puerto Rico, y con residencia en la ciudad de Carolina-------

Puerto Rico.-----------------------------------------------------------

------------------------COMPARECEN------------------------------------

---**DE LA PRIMERA PARTE: CHALETS DE LA PLAYA, INC.,** una

corporación organizada y existente al amparo de las leyes del

Estado Libre Asociado de Puerto Rico, Seguro Social Patronal

representada en este acto por **ALEXANDRA FULLANA**

**MORALES,** mayor de edad, soltera, ejecutiva y vecina de San Juan,

Puerto Rico, debidamente autorizada a comparecer en este acto

según surge de la Resolución Corporativa emitida el tres (3) de

septiembre de dos mil dos (2002), mediante el testimonio número

722, ante la Notario Público Irmarie Rivera Miranda, en adelante

denominada la **"PARTE VENDEDORA".**--------------------------------

---**DE LA SEGUNDA PARTE: GILBERTO FELIX HIDALGO,**

Seguro Social Número identificado mediante licencia

de conducir, mayor de edad, soltero, propietario y vecino de San

Juan, Puerto Rico, en adelante denominada esta parte como la

**"PARTE COMPRADORA".**-----------------------------------------------

1

---DOY FE de conocer personalmente al compareciente de la PRIMERA PARTE, y por no conocer personalmente a los comparecientes de la SEGUNDA PARTE los identifico según lo autoriza el Artículo Diecisiete c (17 c), de la Ley Notarial de Puerto Rico y por sus dichos DOY FE de su edad, estado civil, profesión y vecindad.------------------------------------------------------------

---El/La Notario autorizante DA FE de que de haber sido utilizado un medio supletorio de identificación con relación a algún compareciente, el documento o tarjeta utilizado para realizar dicha identificación, contiene el retrato y la firma del compareciente correspondiente.----------------------------------------------------------

---ME ASEGURAN tener los aquí comparecientes, y a mi juicio tienen éstos, la capacidad legal necesaria para llevar a efecto el otorgamiento de la presente ESCRITURA DE INDIVIDUALIZACIÓN Y COMPRAVENTA, y en tal virtud, libre y espontáneamente,----------------------------------------------------

----------------------------------EXPONEN----------------------------------

---PRIMERO: Manifiesta la PARTE VENDEDORA que es dueña en pleno dominio del inmueble descrito a continuación, de aquí en adelante denominado la "FINCA PRINCIPAL":------------------------

-------------------------------PARCELA "BB"----------------------------------

---Predio de terreno identificado como parcela "BB" radicado en el Barrio Yeguadas y Puerto Nuevo del término municipal de Vega Baja, con una cabida de SESENTA Y DOS MIL NOVECIENTOS TREINTA Y SEIS PUNTO OCHO MIL SETECIENTOS OCHENTA METROS CUADRADOS (62,936.8780m.c.), equivalentes a DIECISEIS PUNTO CERO TRECE CUERDAS (16.O13cdas.), que está compuesto de las

parcelas que se describen a continuación:----------------------------

------------------------PARCELA "B":-----------------------------

---Predio de terreno de cincuenta y un mil quinientos cuarenta y uno punto cero ciento cuarenta metros cuadrados (51,541.0140m.c.), equivalentes a trece punto ciento trece cuerdas (13.113cdas.), colindando por el NORTE, con el Océano Atlántico; por el SUR, con las parcelas "C" y "E"; por el ESTE, con las parcelas "F" y "C", y por el OESTE, con la parcela "A".-----------------------------------------

---PARCELA "B-1":-------------------------------------------------

---Predio de terreno de once mil trescientos noventa y cinco punto ocho mil seiscientos cuarenta metros cuadrados (11,395.8640m.c.), equivalentes a dos punto ochocientas noventa y nueve cuerdas (2.899cdas.), colindando por el NORTE, con la parcela "C"; por el SUR, con parcela "D"; por el ESTE, con la parcela "C", y por el OESTE, con la parcela "A-1".-----------------------------------

---Dicha propiedad constituye el remanente de una finca de mayor cabida, la cual se encuentra inscrita al folio 10 del tomo 349 de Vega Baja, Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón, finca número 26,367.-------------------------------

---Todo según surge de la Escritura Número Cuatrocientos Cuarenta y Tres (443) de Segregación y Agregación, del nueve (9) de septiembre de dos mil dos (2002), ante la Notario Público Irmarie Rivera Miranda, presentada y pendiente de inscripción al Asiento 188, del Diario 197 de Vega Baja, Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón.----------------------------

---SEGUNDO: Adquirió la PARTE VENDEDORA la antes descrita propiedad mediante la Escritura Número Cuarenta y Cinco (45) de Compraventa, otorgada el primero (1ro) de octubre de mil novecientos noventa y nueve (1999), en San Juan, Puerto Rico, ante el Notario Público Cristian Bernaschina Bobadilla, inscrita al folio 203 del tomo 301 de Vega Baja, Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón.-----------------------------

---Dicha segregación fue autorizada y llevada a efecto según surge de la Escritura de Segregación y Constitución de Servidumbre

Recíproca de Paso, Número Trescientos Dieciséis (316), otorgada el veintisiete (27) de octubre de dos mil (2000), ante la Notario Público Marilyn Burgos Márquez, inscrita al folio 10 del tomo 349 de Vega Baja, Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón.—————————————————————————

—————————————————TITULO Y CARGAS—————————————————

—TERCERO: La antes descrita propiedad se halla afecta a las siguientes cargas y gravámenes:————————————————————

—Por su procedencia:————————————————————————

—Uno: TRES SERVIDUMBRES de paso a favor de la finca de Cándido González García, constituidas mediante la escritura número ochenta y cinco (85), otorgada en San Juan, Puerto Rico, el veinticinco (25) de noviembre de mil novecientos noventa y uno (1991), ante el Notario Público Jorge Cela Ureña, inscritas a los Folios 109 vuelto, 200 y 201 del Tomo 278 y 301 de Vega Baja, Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón, inscripciones séptima, octava y novena, respectivamente.-

—Dos: SERVIDUMBRE de paso a favor de la Puerto Rico Telephone Company, según consta de la escritura número Nueve (9), otorgada en San Juan, Puerto Rico, el veintisiete (27) de octubre de mil novecientos noventa y ocho (1998), ante el Notario Público José Quiñones Elías, inscrita al folio 93 del tomo 349 de Vega Baja, Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón, inscripción décimo-séptima. ——————————————————

—Tres: HIPOTECA en garantía de Pagaré expedido a la orden de Banco Santander Puerto Rico, por la suma principal de TRECE MILLONES QUINIENTOS MIL DÓLARES ($13,500,000.00), "with interest at two hundred (200) base points over the London Interbank Offered Rate adjusted every ninety (90) days", vencedero a la

4

presentación, según Escritura Número Setenta (70), otorgada en San Juan, Puerto Rico, el ocho (8) de octubre de mil novecientos noventa y nueve (1999), ante el Notario Público Manuel Correa Calzada, inscrita al folio 203 del tomo 301 de Vega Baja, Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón, inscripción duodécima.---------------------------------------------------

---Cuatro: **HIPOTECA** en garantía de Pagaré expedido a la orden de Nicolás Rivera Valentín y Nicolás Rivera Colón, por la suma principal de **DIEZ MILLONES DE DÓLARES ($10,000,000.00)** sin intereses y vencimiento a la presentación, según Escritura Número Cuarenta y Seis (46) otorgada en San Juan, Puerto Rico, el primero (1ro) de octubre de mil novecientos noventa y nueve (1999), ante el Notario Público Cristian Bernaschina Bobadilla, inscrita al folio 203 vuelto del tomo 301 de Vega Baja, Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón, inscripción décimo-tercera.--------

---Cinco: **SERVIDUMBRE** de paso a favor de la Puerto Rico Telephone Company, según Escritura Número Ciento Cincuenta (150), otorgada en San Juan, Puerto Rico, el diecisiete (17) de mayo de dos mil (2000), ante la Notario Público Marilyn Burgos Márquez, inscrita al folio 204 del tomo 301 de Vega Baja, Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón.----------------

---Seis: **SERVIDUMBRE** de paso a favor de la Autoridad de Energía Eléctrica, según certificación de fecha veintidós (22) de agosto de dos mil (2000), inscrita al folio 91 del tomo 348 de Vega Baja, Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón.---------------------------------------------------

---Siete: **SERVIDUMBRE** de paso a favor de la Autoridad de Acueductos y Alcantarillados, según certificación de fecha seis (6) de abril de dos mil uno (2001), inscrita al folio 93 del tomo 348, de

Vega Baja, Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón.—————————————————————

—Ocho: **SERVIDUMBRES EN EQUIDAD, CONDICIONES Y RESTRICCIONES DE USO,** según Escritura Número Trescientos Diecisiete (317), otorgada en San Juan, Puerto Rico, el treinta (30) de octubre de dos mil (2000), ante la Notaria Público Marilyn Burgos Márquez, inscrita al folio 1 vuelto del tomo 349 de Vega Baja, del Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón.—————————————————————

---Dicha escritura fue enmendada mediante la Escritura Número Cuatrocientos Veintitrés (423), de fecha veintisiete (27) de agosto de dos mil dos (2002), ante la Notario Público Irmarie Rivera Miranda, presentada y pendiente de inscripción, al asiento 34 del diario 197, Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón.—————————————————————

————————**DESCRIPCIÓN DEL RÉGIMEN DE**————————

————————**PROPIEDAD HORIZONTAL**————————

---**CUARTO:** La **PARTE VENDEDORA** ha construido en la **FINCA PRINCIPAL** un complejo de edificios conocido como **"CONDOMINIO CHALETS DE LA PLAYA ESTE"**, compuesto de varias estructuras separadas que comprenden un total de Trescientas Ocho (308) unidades de apartamentos para uso residencial, todo de conformidad con los planos y especificaciones aprobados por la Administración de Reglamentos y Permisos (ARPE) del Estado Libre Asociado de Puerto Rico, el veintidós (22) de julio de dos mil dos (2002) en el caso número CERO UNO CX SEIS GUIÓN CERO CERO CERO CERO UNO GUIÓN CERO DOS SEIS NUEVE SIETE (01CX6-00001-02697).—————————————

—————————————————————————————————

---**QUINTO:** El diez (10) de septiembre de dos mil dos (2002), la **PARTE VENDEDORA** sometió la **"FINCA PRINCIPAL"** conjuntamente con los edificios, estructuras y mejoras allí efectuadas, al Régimen de Propiedad Horizontal de conformidad con las disposiciones de la Ley Número Ciento Cuatro (104) del veinticinco (25) de junio de mil novecientos cincuenta y ocho (1958), según enmendada, conocida como Ley de Propiedad Horizontal, en virtud de la Escritura Número Cuatrocientos Cuarenta y Cuatro (444) de fecha diez (10) de septiembre de dos mil dos (2002), otorgada en San Juan, Puerto Rico, ante la Notario Público Irmarie Rivera Miranda, presentada y pendiente de inscripción al Asiento 189 del Diario 197, Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón. Una copia de los planos y especificaciones del Régimen debidamente certificados fue presentada en el Registro de la Propiedad con la primera copia certificada de la Escritura Matriz.--

-------------------------------INDIVIDUALIZACIÓN-------------------------------

---**SEXTO:** Es el deseo de la **PARTE VENDEDORA** individualizar de la **FINCA PRINCIPAL** el apartamento (en adelante la "Propiedad y/o Apartamento") que se describe más adelante. En virtud de la autorización conferida por la Administración de Reglamentos y Permisos de Puerto Rico mediante la aprobación del Plano de Inscripción en el caso descrito en el párrafo **CUARTO** anterior, por la presente la **PARTE VENDEDORA INDIVIDUALIZA,** la propiedad descrita a continuación para que la misma forme finca separada e independiente y se inscriba conjuntamente con su participación proporcional en los elementos comunes del Régimen en el Registro de la Propiedad de Puerto Rico, Sección Cuarta de Bayamón:--------

--------------------------------------------------------------------

--------------------------------------------------------------------

7

-----------------------APARTAMENTO NÚMERO----------------------
-------------------SEISCIENTOS VEINTISIETE (627)------------------

---URBANA: PROPIEDAD HORIZONTAL: Apartamento número seiscientos veintisiete (627) del Condominio CHALETS DE LA PLAYA ESTE, situado en el Kilómetro 10.3 de la Carretera Estatal Número 686, Barrio Puerto Nuevo del municipio de Vega Baja. Este apartamento está construido en hormigón reforzado. Tiene tres (3) niveles con su puerta de entrada por el lindero Oeste, y por ella se accesa al área común general del Condominio.------------------------------------------------------

---Este apartamento tiene un área total de MIL SEISCIENTOS CINCO PUNTO CERO UNO (1,605.01) PIES CUADRADOS, equivalentes a CIENTO CUARENTA Y NUEVE PUNTO DIECISÉIS (149.16) METROS CUADRADOS.-------------------------

---Linderos: En el primer nivel del apartamento (tercer piso del edificio) por el NORTE, en una distancia de treinta y dos pies con diez pulgadas (32'-10"), equivalentes a diez punto cero uno (10.01) metros lineales, con el apartamento número seiscientos veinticinco (625); por el SUR, en una distancia de treinta y dos pies con diez pulgadas (32'-10"), equivalentes a diez punto cero uno (10.01) metros lineales, con área común general del Condominio; por el ESTE, en una distancia de diecinueve pies con diez pulgadas (19'-10"), equivalentes a seis punto cero cinco (6.05) metros lineales, con área común general del Condominio; y, por el OESTE, en una distancia de diecisiete pies con cero pulgadas (17'-0"), equivalentes a cinco punto dieciocho (5.18) metros lineales, con área común general del Condominio entre la que se encuentra el área de ubicación de la puerta de entrada al apartamento. Los linderos en el segundo nivel del apartamento (cuarto piso del edificio) son por el NORTE, en una distancia de treinta y ocho pies con dos pulgadas (38'-2"), equivalentes a once punto sesenta y cuatro (11.64) metros lineales, con el apartamento número seiscientos veinticinco (625); por el SUR, en una distancia de treinta y ocho pies con dos pulgadas (38'-2"), equivalentes a once punto sesenta y cuatro (11.64) metros lineales, con área común general del Condominio; por el ESTE, en una distancia de dieciséis pies con cuatro pulgadas (16'-4"), equivalentes a cuatro punto noventa y ocho (4.98) metros lineales, con área común general del Condominio; y, por el OESTE, en una distancia de veinte pies con cero pulgadas (20'-0"), equivalentes a seis punto diez (6.10) metros lineales, con el apartamento número seiscientos veintiocho (628). Este segundo nivel se comunica con el primero a base de una escalera interior del apartamento. Los linderos del tercer nivel del apartamento (quinto piso del edificio) son por el NORTE, en una distancia de catorce pies con cuatro pulgadas (14'-4"), equivalentes a cuatro punto treinta y siete (4.37) metros lineales, con el apartamento número seiscientos veinticinco (625); por el SUR, en una distancia de catorce pies con diez pulgadas (14'-10"), equivalentes a cuatro punto cincuenta y dos (4.52) metros lineales con área común de uso limitado del

apartamento número seiscientos veinticinco (625) y con área común general del Condominio; por el ESTE, en una distancia de veinte pies con cero pulgadas (20=-0"), equivalentes a seis punto diez (6.10) metros lineales, con un área común de uso limitado del apartamento número seiscientos veinticinco (625) y con área común general del Condominio; y, por el OESTE, en una distancia de veinte pies con cero pulgadas (20'-0"), equivalentes a seis punto diez (6.10) metros lineales, con un área común de uso limitado del apartamento número seiscientos veintisiete (627) y delimitada en su lindero por una pared. Este tercer nivel se comunica con el segundo a base de una escalera interior del apartamento.------------------------

---Este apartamento consta de sala, comedor, balcón, cocina con área de lavandería, un cuarto principal con closet, dos cuartos con closets, dos closets fuera de los cuartos, dos baños, dos medios baños, escalera interior, terraza techada en la azotea del edificio y un área no techada en la azotea del edificio, la cual es un elemento común de uso limitado del apartamento número seiscientos veintisiete (627), la cual está delimitada en su lindero por una pared.-------------------------------

---A este apartamento le corresponde el uso de un espacio de estacionamiento para dos automóviles, uno detrás del otro, identificado con el número SEISCIENTOS VEINTISIETE (627) en el área de estacionamiento localizada al Norte del edificio número setenta (70) del Condominio.-------------------------------

---A este apartamento le corresponde una participación de CERO PUNTO TRES MIL SEISCIENTOS SETENTA POR CIENTO (0.3670%) en los elementos comunes del Condominio.------------------------------------------------------------

---SÉPTIMO: La PARTE VENDEDORA y la PARTE COMPRADORA tienen convenida la compraventa de la "Propiedad" descrita en el párrafo SEXTO y su participación en el porcentaje indiviso de los elementos comunes y propiedades del Régimen, y la llevan a efecto conforme a las siguientes:------------------------------

-------------------CLAUSULAS Y CONDICIONES------------------------

---UNA: La PARTE VENDEDORA vende, cede y traspasa a la PARTE COMPRADORA, y la PARTE COMPRADORA compra, acepta y adquiere de la PARTE VENDEDORA el Apartamento número SEISCIENTOS VEINTISIETE (627), descrito en el párrafo SEXTO anterior, conjuntamente con todos sus derechos, participaciones en los elementos comunes y propiedades del

Régimen y sujeto a todos los gravámenes, derechos y servidumbres de récord según surgen de esta escritura, del Registro de la Propiedad, y de los planos del Condominio; y sujeto también a los términos y condiciones de la Escritura Matriz, su Reglamento, la Ley de Condominios, y los términos de la Escritura de Declaración de Derechos, Restricciones y Constitución de Condiciones Restrictivas, (en adelante, la "Escritura de Declaración").--------------

---La **PARTE COMPRADORA** reconoce que ha recibido copia de la Escritura Matriz, su Reglamento y de la "Escritura de Declaración" antes mencionados y en adición, reconoce y se obliga al cumplimiento de sus obligaciones contractuales de acuerdo a los términos y condiciones contenidos en la Escritura Matriz, su Reglamento, la Ley de Condominios, y la "Escritura de Declaración" y más específicamente, a cumplir fielmente con todos los gastos de mantenimiento y estimados especiales que puedan ser impuestos de tiempo en tiempo por la Junta de Directores, según se especifica en la Escritura Matriz, su Reglamento, la Ley de Condominios, y la "Escritura de Declaración".-------------------------------------------

---**DOS:** Constituye el precio de esta compraventa la suma de **CIENTO OCHENTA Y NUEVE MIL DOLARES ($189,000.00),** cuya suma confiesa la **PARTE VENDEDORA** haber recibido en este acto y a su entera satisfacción en moneda legal y corriente de los Estados Unidos de América, por lo cual otorga la **PARTE VENDEDORA** la más formal y eficaz carta de pago a la **PARTE COMPRADORA.**-------------------------------------

---**TRES:** La **PARTE VENDEDORA** se obliga al saneamiento por evicción conforme a derecho.---------------------------------------------

---**CUATRO:** Las contribuciones sobre la propiedad inmueble serán por cuenta y cargo de la **PARTE VENDEDORA** hasta la fecha de

10

este otorgamiento y de esta fecha en adelante, serán por cuenta y cargo de la **PARTE COMPRADORA.**------------------------------

---**CINCO:** Se reconoce y entiende que mientras la **PARTE VENDEDORA** sea dueña de una o más unidades de Apartamento en el Régimen, estará sujeto a lo provisto en la Escritura Matriz, su Reglamento y la Ley de Condominios en lo pertinente al Régimen y la "Escritura de Declaración". Se provee, sin embargo, que hasta tanto la **PARTE VENDEDORA** haya vendido todas las unidades, la **PARTE VENDEDORA** podrá realizar en las unidades no vendidas todas aquellas alteraciones internas o externas que, a su discreción, pueda considerar necesario para lograr la venta de dichas unidades, proveyendo que dichas alteraciones no afecten adversamente la composición estructural o el funcionamiento apropiado de los Apartamentos vendidos o de los elementos comunes del Régimen y que las alteraciones no sean conflictivas con las leyes y reglamentos de la Junta de Planificación de Puerto Rico. En adición, durante el tiempo que la **PARTE VENDEDORA** posea algún Apartamento en el Régimen, la **PARTE VENDEDORA** y/o sus agentes o personas designadas, tendrán el derecho de tener a sus empleados presentes en los predios para mostrar unidades del condominio; utilizar los elementos comunes generales y limitados, realizar cualquier actividad necesaria o apropiada para vender las unidades, todas sin contribución o cargo adicional para la **PARTE VENDEDORA.**------------------------------------------

---**SEIS:** Todos los propietarios presentes y futuros de los Apartamentos estarán sujetos a los términos y condiciones contenidos en la Escritura Matriz, su Reglamento, la Ley de Condominios y la "Escritura de Declaración" y el solo acto de comprar o de cualquier otra forma adquirir u ocupar cualquier

Apartamento significará que los antes mencionados términos y condiciones contenidos en dichos documentos han sido aceptados y ratificados.----------------------------------------------------------------

---**SIETE**: Ningún dueño de Apartamento estará exento de su responsabilidad de contribuir su participación en los gastos comunes por el hecho de que pueda renunciar u obviar el uso o disfrute de las propiedades o elementos comunes ya bien sean generales o limitados, o por el hecho de haber abandonado su Apartamento.----------------------------------------------------------------

---**OCHO**: Los comparecientes, sus sucesores, o causahabientes por cualquier título, se comprometen a realizar cualquier gestión, otorgar cualquier escritura, aclaratoria u otra o entregar cualquier documento que fuese necesario para inscribir correctamente en el Registro de la Propiedad correspondiente, las transacciones llevadas a efecto en esta escritura. Así mismo se comprometen a pagar los derechos adicionales a los pagados que puedan requerirse en esta escritura o su inscripción.----------------------------

---**NUEVE**: La **PARTE COMPRADORA** por la presente reconoce el derecho de la **PARTE VENDEDORA** a otorgar y comparecer por sí sola en cualquier Escritura Aclaratoria que pueda ser requerida por el Honorable Registrador de la Propiedad, para la adecuada inscripción de la Escritura Matriz en el Registro de la Propiedad y la **PARTE COMPRADORA** por este medio expresamente consiente y ratifica dicho derecho aún cuando no comparezca a dicho otorgamiento.----------------------------------------------------------------

---**DIEZ**: En el patio posterior de algunos de los Apartamentos, los cuales han sido designados como elementos comunes limitados del Condominio, existen desagües pluviales. De existir dicho desagüe en el Apartamento objeto de esta compraventa, la **PARTE**

COMPRADORA se compromete a mantenerlo límpio de obstáculos y estorbos para lograr el libre flujo de las aguas pluviales y evitar que se inunde la Propiedad.------------------------------------------------

---ONCE: La **PARTE COMPRADORA** acepta que ha inspeccionado la propiedad objeto de esta Compraventa, habiéndola encontrado conforme a las representaciones que pudieran haber sido hechas por la **PARTE VENDEDORA** directamente o a través de sus empleados y oficiales o mediante cualquier material publicitario. Reconoce la **PARTE COMPRADORA** que la propiedad ha sido aceptada por ellos, luego de tal inspección, y que a su mejor entender, se encuentra libre de defectos y/o vicios de construcción.-----------------------------------

---DOCE: Es convenido y estipulado por los aquí comparecientes que el pago de los sellos de Rentas Internas y de Impuesto Notarial que requiera el original y la primera copia certificada, y los derechos de presentación e inscripción en el Registro de la Propiedad de esta escritura, así como los honorarios notariales de este otorgamiento serán responsabilidad de la **PARTE COMPRADORA**.-------------------

---TRECE: Las partes comparecientes reconocen que esta escritura contiene todos los acuerdos entre ellos y que, por lo tanto, cualquier acuerdo anterior escrito o verbal queda sin validez o efecto.--------------------------------------------------------

---CATORCE: LA **PARTE VENDEDORA** manifiesta e informa a **LA PARTE COMPRADORA** que la unidad individualizada objeto de esta compraventa, se encuentra afecta por su procedencia a servidumbres a favor de la Autoridad de Acueductos y Alcantarillados, además de todas aquellas cargas y gravámenes que surgen del párrafo **TERCERO** del presente documento público aún cuando dicha servidumbre sanitaria y/o de agua a favor de la

Autoridad de Acueductos y Alcantarillados no ha sido presentada para su inscripción en el Registro de la Propiedad.------------------------

---**QUINCE**: La **PARTE COMPRADORA** en este acto acepta y ratifica la constitución de todas y/o cualquiera de las servidumbres descritas anteriormente así como el otorgamiento de cualquier Escritura Aclaratoria, de Constitución de Servidumbre o de otra naturaleza que sea necesaria a los fines de que las transacciones llevadas a efecto, mediante el presente documento público queden debidamente inscritas en el Registro de la Propiedad correspondiente y declara que adquiere la propiedad objeto de esta compraventa sujeta a las mismas teniendo pleno conocimiento que es requisito indispensable, la constitución de dichas servidumbres de conformidad con los planos y resolución aprobados por la Administración de Reglamentos y Permisos.--------------------------

---**DIECISÉIS**: Reconoce la "**PARTE COMPRADORA**" que el Notario Autorizante le ha advertido que compete a ellos presentar y gestionar ante el Centro de Recaudación de Ingresos Municipales la solicitud de cambio de dueño y obtención de la exoneración contributiva, y que el Notario Autorizante no se hace responsable de tal gestión ni del logro de la misma.---------------------------------------

---**DIECISIETE**: La nulidad o impugnación efectiva de cualesquiera de las cláusulas o condiciones de la presente escritura o de la Escritura Matriz, su Reglamento, la Ley de Condominios o la "Escritura de Declaración" se limitará exclusivamente a la cláusula o condición efectivamente impugnada, quedando en toda su fuerza y vigor las restantes cláusulas o condiciones contenidas en la misma.--------------------------------------------------------

---**DIECIOCHO**: En este acto la parte **VENDEDORA**, manifiesta que en esta misma fecha, **CHALETS DE LA PLAYA, INC**. comparece

en documento aparte a liberar la propiedad objeto del presente instrumento público, de los gravámenes hipotecarios que por su procedencia le afectan, relacionados en el expositivo TERCERO, incisos tres y cuatro.------------------------------------------------

----------------------------**ACEPTACIÓN**------------------------------

---Leída por las partes otorgantes la presente escritura, se ratifican en su contenido y la aceptan en todas sus partes, por encontrarla conforme a sus deseos e instrucciones.-----------------------------------

---**YO,** el (la) Notario Autorizante hago a los comparecientes las advertencias legales pertinentes a este otorgamiento, de las cuales dichos otorgantes manifiestan haber quedado enterados, luego de renunciar éstos al derecho que les advertí tenían de requerir la presencia de testigos instrumentales en este otorgamiento.------------

---**LEÍDA** esta escritura por las partes otorgantes, proceden a firmarla, escribiendo, además sus respectivas iniciales en cada uno de los folios de la misma.--------------------------------------------------

---Y de todo lo que afirmo o relato en este instrumento público, Yo, el

(la) Notario Autorizante **DOY FE.**————————————————————





# LORD TITLE SERVICE CO.

550 DUNAS STREET PUERTO NUEVO
SAN JUAN, PUERTO RICO 00920
WWW.LORDTITLE.COM

PHONE: (787) 774-1660
FAX: (787) 782-5888
LORDTITLE@GMAIL.COM

THIS IS NOT A TITLE INSURANCE POLICY AND SHOULD NO BE RELIED UPON AS SUCH.
LIABILITY FOR THIS TITLE SEARCH IS LIMITED TO THE AMOUNT PAID FOR IT.
FOR FULL PROTECTION PURCHASERS AND LENDERS SHOULD REQUIRE A TITLE INSURANCE POLICY

Notice:

**CASO:** *BUFETE COLON & ROMAN*  **TANIA MINAYA**

**RE:** *GILBERTO FELIX HIDALGO* #9028  *BP-1791*

**FINCA:** *#29924, inscrita al folio 32 del tomo 422 de Vega Baja
Registro de la Propiedad de Bayamón, sección IV.*

**DESCRIPCION:** *URBANA: Propiedad Horizontal: Apartamento #627 del Condominio Chalets de la Playa Este, situado en el kilómetro 10.3 de la carretera estatal #686, en el Barrio Puerto Nuevo del Municipio de Vega Baja, Puerto Rico. Este apartamento está construido en hormigón reforzado. Tiene tres niveles con su puerta de entrada por el lindero Oeste y por ella se accesa al área común general del Condominio. Este apartamento tiene un área total de 1,605.01 pies cuadrados, equivalentes a 149.16 metros cuadrados, linderos: en el primer nivel del apartamento (tercer piso del edificio): por el Norte, en una distancia de 32'10" equivalentes a 10.01 metros lineales, con el apartamento #625; por el Sur, en una distancia de 32'10" equivalentes a 10.01 metros lineales, con área común general del Condominio; por el Este, en una distancia de 19'10" equivalentes a 6.05 metros lineales, con área común general del Condominio y por el Oeste, en una distancia de 17'10" equivalentes a 5.18 metros lineales, con área común general del Condominio, entre la que se encuentra con el área de ubicación de la puerta de entrada al apartamento. Los linderos en el segundo nivel del apartamento (cuarto piso del edificio) son: por el Norte, en una distancia de 38'2" equivalentes a 11.64 metros lineales, con el apartamento #625; por el Sur, en una distancia de 38'2" equivalentes a 11.64 metros lineales, con área común general del Condominio; por el Este, en una distancia de 16'4" equivalentes a 4.98 metros lineales, con área común general del Condominio y por el Oeste, en una distancia de 20'0" equivalentes a 6.10 metros lineales, con el apartamento #628. Este segundo nivel se comunica con el primero a base de una escalera interior del apartamento. Los linderos del tercer nivel del apartamento (quinto piso del edificio) son: por el Norte, en una distancia de 14'4" equivalentes a 4.37 metros lineales, con el apartamento #625; por el Sur, en una distancia de 14'10" equivalentes a 4.52 metros lineales, con un área común de uso limitado del apartamento #625 y con área común general del Condominio; por el Este, en una distancia de 20'0" equivalentes a 6.10 metros lineales, con un área común de uso limitado del apartamento #625 y con área común general del Condominio y por el Oeste, en una distancia de 20'0" equivalentes a 6.10 metros lineales, con un área común de uso limitado del apartamento #627 y destinado en su lindero por una pared. Este tercer nivel se comunica con el segundo a base de una escalera interior del apartamento. Este apartamento consta de sala, comedor, cocina con área de lavandería, balcón, un cuarto principal con closet, dos cuartos con closets, dos closets fuera de los cuartos, dos baños, dos medios baños, escalera interior, terraza techada en la azotea del edificio y un área no techada en la azotea del edificio la cual es un elemento común de uso limitado del apartamento #627, la cual está delimitada en su lindero por una pared. A este apartamento le corresponde el uso de un espacio de estacionamiento para dos automóviles uno detrás del otro, identificado con el #627, en el área de estacionamiento localizada al Norte del Edificio #70 del Condominio. A este apartamento le corresponde una participación de 0.3670% en los elementos comunes del Condominio.*

**TRACTO:** *Se segrega de la finca #26367, inscrita al folio 153 del tomo 412 de Vega Baja, a favor del Condominio Chalets de la Playa Este.*

*CONTINUA....*



# LORD TITLE SERVICE CO.

550 DUNAS STREET PUERTO NUEVO
SAN JUAN, PUERTO RICO 00920
WWW.LORDTITLE.COM

PHONE: (787) 774-1660
FAX: (787) 782-5888
LORDTITLE@GMAIL.COM

Notice:

THIS IS NOT A TITLE INSURANCE POLICY AND SHOULD NO BE RELIED UPON AS SUCH.
LIABILITY FOR THIS TITLE SEARCH IS LIMITED TO THE AMOUNT PAID FOR IT.
FOR FULL PROTECTION PURCHASERS AND LENDERS SHOULD REQUIRE A TITLE INSURANCE POLICY.

**DOMINIO:** Consta inscrita a favor de **GILBERTO FELIX HIDALGO, soltero,** quien adquirió por compra a Chalets de la Playa Inc., por precio de $189,000.00, según Esc. #409, en San Juan, el 30 de junio de 2004, ante Irmarie Rivera Miranda, inscrita al folio 32 del tomo 422 de Vega Baja, finca #29924, inscripción 1ra.

Se designa ésta finca como Hogar Seguro, Ley #195 del 13 de septiembre de 2013, según Esc. #16, en San Juan, el 3 de noviembre de 2011, ante Edwin Raúl Colón Torres, anotado al márgen del folio 32 del tomo 422 de Vega Baja, finca #29924.

**GRAVAMENES:** Por su procedencia: Servidumbres y Condiciones Restrictivas.

**POR SI:** Hipoteca constituída por Gilberto Félix Hidalgo, soltero, en garantía de un pagaré, a favor de Doral Financial Corporation h/c/c/ H.F. Mortgage Bankers, o a su orden, por $151,200.00, al 6.95%, vencedero el 1 de julio de 2034, según Esc. #410, en San Juan, a 30 de junio de 2004, ante Irmarie Rivera Miranda, inscrita al folio 32 del tomo 422 de Vega Baja, finca #29924, inscripción 1ra.

Demanda del 9 de diciembre de 2013, radicada en el Tribunal de Primera Instancia, Sala Superior de Bayamón, en el caso civil DCD2013-3327, sobre Cobro de Dinero y Ejecución de Hipoteca, seguido por el Banco Popular de Puerto Rico, versus Gilberto Félix Hidalgo, se solicita el pago de la deuda garantizada con hipoteca de la inscripción 1ra., la cual asciende a la suma principal de $136,470.40 más costas, gastos e intereses, anotado al Sistema Karibe de Vega Baja, finca #29924, anotación A, el 30 de junio de 2016.

Modificada la hipoteca de la inscripción 1ra., a $198,100.00, intereses al 5.25% meses 1 al 60; 6.25% meses 61 al 72 y 6.95% meses 73 al 480, vence el 1 de marzo de 2056, según Esc. #46, en San Juan, el 20 de febrero de 2016, ante Vianice Cruz de Choudens, inscrita al Sistema Karibe de Vega Baja, finca #29924, inscripción 3ra. y última.

**DOCUMENTOS PENDIENTES:** Al asiento 2019-003529-BY04, el 14 de enero de 2019, se presentó Esc. #4, en San Juan, el 10 de enero de 2019, ante Oscar Alejandro Rodríguez Vega, por la cual se modifica la hipoteca por $151,200.00 nuevamente a $229,306.21, intereses al 4.125% y vence el 1 de diciembre de 2053.

Al asiento 004863-BY04, el 17 de enero de 2019, se presentó Instancia, el 17 de enero de 2019, ante Carla M. Nevárez Pérez, por la cual se solicita la cancelación de la Demanda de la anotación A.

**NOTA: SE HACE CONSTAR QUE LAS ANOTACIONES DE LOS EMBARGOS Y/O SENTENCIAS EN EL SISTEMA KARIBE NO SIEMPRE SON LOCALIZADAS, POR LO TANTO NO NOS HACEMOS RESPONSABLES DE ERRORES U OMISIONES DE LOS MISMOS.**

*CONTINUA....*



## LORD TITLE SERVICE CO.

550 DUNAS STREET PUERTO NUEVO
SAN JUAN, PUERTO RICO 00920
WWW.LORDTITLE.COM

PHONE: (787) 774-1660
FAX: (787) 782-5888
LORDTITLE@GMAIL.COM

*Notice:*

**PAGINA 3**
**FINCA #29924 DE VEGA BAJA**

**REVISADOS:** *Registro de embargos estatales, incluyendo Ley #12 del 2010, contribuciones federales, sentencias y Bitácora Electrónica; Sistema Karibe hasta el asiento 2019-108354-BY04 de la cual no nos hacemos responsables por errores u omisiones en la misma.*

*15 de octubre de 2019*                                                    *1910-0176*

NOEL A. HERNANDEZ GUZMAN
PRESIDENTE

3-q

THIS IS NOT A TITLE INSURANCE POLICY AND SHOULD NO BE RELIED UPON AS SUCH. LIABILITY FOR THIS TITLE SEARCH IS LIMITED TO THE AMOUNT PAID FOR IT. FOR FULL PROTECTION PURCHASERS AND LENDERS SHOULD REQUIRE A TITLE INSURANCE POLICY.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN THE MATTER OF:** | CASE NO. 20-01784 MCF |
| GILBERTO FELIX HIDALGO <br> **Debtor** | CHAPTER 13 |

### <u>VERIFIED STATEMENT</u>

I, Kevin Miguel Rivera-Medina, of legal age, Attorney for Banco Popular Puerto Rico and resident of San Juan, Puerto Rico, declare under penalty of perjury as follows:

That as to this date, by a search and review of the records kept by BANCO POPULAR PUERTO RICO - MORTGAGE DIVISION in the regular course of business in regard to debtor(s) account with this bank there is no information that will lead the undersign to belief that debtor(s) is(are) a regular service member(s) either on active duty or under a call to active duty, in the National Guard or as a Commission Officer of the Public Health Services or the National Oceanic and Atmospheric Administration (NOAA) in active duty.

The bank has not received any written notice from debtor(s) that his military status has change as to this date.

That as part of my search I examined the documents and records available to me within our computer system.

I hereby certify the aforementioned statements under penalty of perjury, in San Juan, Puerto Rico, this 9th day of June, 2022.





## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-4775

Birth Date:

Last Name: FELIX HIDALGO

First Name: GILBERTO

Middle Name:

Status As Of: Jun-09-2022

Certificate ID: S5GKQPVH1YZ93BH

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director

Department of Defense - Manpower Data Center

400 Gigling Rd.

Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.