THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

GILBERTO FELIX HIDALGO

DEBTOR

CASE NO. 20-01784/MCF

CHAPTER 13

**DEBTOR'S MOTION FOR EXTENSION OF TIME
TO REPLY TO *TRUSTEE'S MOTION TO DISMISS*, DOCKET NO. 47**

TO THE HONORABLE COURT:

**NOW COMES, GILBERTO FELIX HIDALGO**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On October 11, 2023, the Chapter 13 Trustee filed a *Trustee's Motion to Dismiss*, Docket No. 47, alleging that the Debtor has defaulted in his Plan payments in the sum of $2,760.00.

2. The Debtor hereby respectfully submits that on October 13, 2023, he made one (1) payment of $690.00, registered with the Trustee. Attached is copy of *Trustee's Financial Summary* as evidence of said payment made to the Trustee.

3. The Debtor is still in arrears in the Plan payments and the Debtor respectfully proposes to cure the balance in these arrears within thirty (30) additional days.

4. Based on the aforementioned, the Debtor respectfully requests an additional extension of time of thirty (30) days within to cure the balance owed in the Plan arrears and inform the Court, accordingly. This extension of time to expire on December 13, 2023.

**WHEREFORE**, the Debtor, through his undersigned attorney respectfully requests that for the above stated reasons this Honorable Court grant the requested extension of time.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which sill send notice of same to: the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to the Debtor to his address of record.

**RESPECTFULLY SUBMITED**, in San Juan, Puerto Rico, this 13th day of November, 2023.

/s/ *Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787- 744-7699/787-963-7699
Email: rfc@rfigueroalaw.com

# Account Ledger | NDC
## Account Ledger

Case 2001784  Debtor1 GILBERTO FELIX HIDALGO  Trustee CARRION, JOSE RAMON (OLD SAN JUAN, PR)

https://www.ndc.org/a/portfolio/account-ledger?c=JUAN1-2001784

| Filter By | All Claims | All Payees | Receipts | All Time |
|---|---|---|---|---|

## Receipts & Disbursements

| DATE PAID | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
|  | R | ER |  |  |  |
| 10/13/2023 |  |  | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 09/29/2023 |  |  | N/A | EPAY NSF LINKING | -$690.00 |
| 09/26/2023 |  |  | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |

| DATE PAID | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 08/09/2023 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 06/08/2023 | | | N/A | EPAY-DELINQUENCY PAYMENT | $2070.00 |
| 05/08/2023 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 04/20/2023 | | | N/A | EPAY NSF LINKING | -$690.00 |
| 04/17/2023 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 02/27/2023 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 01/30/2023 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 12/15/2022 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 11/17/2022 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 10/14/2022 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 09/13/2022 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 08/12/2022 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 07/13/2022 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 05/13/2022 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 04/13/2022 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 03/14/2022 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 02/14/2022 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 01/12/2022 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 12/13/2021 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 11/15/2021 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 10/21/2021 | | | N/A | TFS-MONTHLY PLAY PAYMENT | $690.00 |

| DATE PAID | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 09/13/2021 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 08/12/2021 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 07/12/2021 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 06/11/2021 | | | N/A | EPAY-REGULAR PLAN PAYMENT | $690.00 |
| 05/18/2021 | | | N/A | TFS - NATIONWIDE TFS RECEIPT | $690.00 |
| 04/19/2021 | | | N/A | TFS - NATIONWIDE TFS RECEIPT | $690.00 |
| 03/18/2021 | | | N/A | TFS - NATIONWIDE TFS RECEIPT | $690.00 |
| 02/19/2021 | | | N/A | TFS - NATIONWIDE TFS RECEIPT | $690.00 |
| 01/25/2021 | | | N/A | TFS - NATIONWIDE TFS RECEIPT | $690.00 |
| 12/18/2020 | | | N/A | TFS - NATIONWIDE TFS RECEIPT | $690.00 |
| 11/19/2020 | | | N/A | TFS - NATIONWIDE TFS RECEIPT | $690.00 |
| 10/20/2020 | | | N/A | TFS - NATIONWIDE TFS RECEIPT | $690.00 |
| 09/18/2020 | | | N/A | TFS - NATIONWIDE TFS RECEIPT | $690.00 |
| 08/18/2020 | | | N/A | TFS - NATIONWIDE TFS RECEIPT | $350.00 |
| 07/20/2020 | | | N/A | TFS - NATIONWIDE TFS RECEIPT | $350.00 |
| 06/18/2020 | | | N/A | TFS - NATIONWIDE TFS RECEIPT | $350.00 |